# Demanda - Violaciones de Derechos Civiles bajo 42 U.S.C. § 1983

### Incidente de agresión por parte del vecino y denegación de protección judicial

El 28 de junio de 2024, comparecí ante el Tribunal en Humacao ante la Hon. Karina Díaz Pérez, en relación con un incidente grave de violencia por parte de mi vecino (Vecino #2), relacionado con el caso de desacato número HUL1212024-01986. Durante esta audiencia, testifiqué que el vecino colocó intencionalmente una tabla con clavos oxidados camuflada con hojas en el trayecto por donde acostumbro a pasar. Este acto malicioso fue premeditado: el vecino le indicó a su esposa que tomara una fotografía justo cuando yo pasaba, afirmando que "algo malo me va a pasar". Al pisar la tabla, sufrí heridas significativas y tuve que recibir atención médica de emergencia. El vecino admitió durante la vista que colocó la tabla en ese lugar, sin embargo, la Hon. Karina Díaz Pérez me denegó la solicitud de orden de protección, alegando que "esa no es la sala para ese tipo de caso", sin hacer referencia a ningún remedio alterno ni orientar sobre los pasos legales adecuados. El patrón de maltrato y hostigamiento por parte de los vecinos continuó después de este evento.

Posteriormente, solicité otra orden de desacato por la continuidad del maltrato, la cual fue atendida por la Hon. Enid Cristina Rivera García. Durante esta audiencia, la jueza me regañó, cuestionó mi decisión de llevar personas al tribunal sin pruebas —aunque tenía evidencia física y testigos— y declaró que "si no estoy conforme en mi casa, que me mude a otro lugar". Le pedí intervenir para presentar mis pruebas, ya que mi representante legal no las presentó, y la jueza se negó afirmando que "ya tomó su decisión". Esta actitud no solo demostró una falta de imparcialidad, sino que negó mi derecho al debido proceso. Además, la Policía de Puerto Rico se ha negado a iniciar un proceso criminal sobre este incidente, argumentando que "la jueza no encontró causa", y que la autoridad judicial es la más alta y ellos no pueden intervenir.

## ÍNDICE DE ANEXOS – DEMANDA FEDERAL CARMEN QUIÑONES LUGO

| Fecha | Descripción del Documento | Número de Caso |
|---|---|---|
| 20 enero 2023 | Resolución – Caso cerrado de Evelyn Fonseca (vista 20 enero 2023) | HUL2842022-02036 |
| 7 diciembre 2023 | Citaciones con errores de número de caso y epígrafe, notificación de Zirayda Gómez Pagán | HUL1212023-01758 y 01759 |
| 18 diciembre 2023 | Resolución primera orden enmenda resolucion caso cerrado de otro juez. Caso epigrafe cerrado, archivado en expediente cerrado.. | HUL1212023-01758 y 01759 Notificacion de Mabel Mendez Soto numeros incorrecto. |
| 15 julio 2024 | Moción solicitando regrabación de vista del 18 dic 2023 – solicitud denegada | HUL1212023-01758 y 01759 |
| 18 junio 2024 | Informe de querella policiaca – tabla con clavos colocada por Pedro González | N/A |
| 21 junio 2024 | Moción de desacato – notificación con número de caso incorrecto | HUL1212024-01986 |
| 28 junio 2024 | Regrabación de vista – desacato por la tabla con clavos | HUL1212024-01986 |
| 12 septiembre 2024 | Moción de reconsideración – regrabación de vista del 18 dic 2023 - denegado | HUL1212023-01758 y 01759 |
| 22 noviembre 2024 | Moción de desacato (derecho propio) contra Fonseca | HUL1212023-01759 |
| 4 diciembre 2024 | Moción con acuse de recibo firmada por abogado de parte demandada | HUL1212023-01759 |
| 7 enero 2025 | Moción por hostigamiento y destrucción de propiedad (Pedro González) | HUL1212024-01986 |
| 9 enero 2025 | Citación con error en correo electrónico | HUL1212024-01986 |
| 27 enero 2025 | Moción adicional solicitando citación por moción del 22 nov 2024 | HUL1212023-01759 |
| 27 enero 2025 | Notificación por derecho propio, entregada en | HUL1212024-01986 |

| | ventanilla a Pedro González y Zenaida Navarro | |
|---|---|---|
| 18 febrero 2025 | Informe del fiscal Janitza Alsina Rivera – sin elementos para radicar cargos | N/A |
| 21 febrero 2025 | Citación con epígrafe invertido (me presentan como demandada) | HUL1212023-01759 |
| 24 febrero 2025 | Moción para cambio de fecha por salud y corrección de numbres en epígrafe | HUL1212023-01759 |
| 26 febrero 2025 | Resolución – audiencia donde no se me permitió presentar evidencia ni testigos | HUL1212024-01986 |
| 28 febrero 2025 | Notificaciones contrdiciendo, entregadas por administradora del tribunal – error al vincular expediente cerrado | HUL1212023-01759 |
| 28 febrero 2025 | Moción presentada por abogado contrario usando número de caso cerrado | HUL1212023-01759 (Numero caso mocion HUL842022-02036) |
| 28 febrero 2025 | Moción para traslado de casos a otro tribunal | HUL1212023-01759 HUL1212024-01986 |
| 5 de marzo 2025 | Citation con Epigrafe expediente diferente. | |
| 10 marzo 2025 | Notificación judicial mezclando casos activos y cerrados | |
| 13 marzo 2025 | Orden del tribunal: "exponga posición sobre alegado incumplimiento" | HUL1212023-01759 |
| 22 abril 2025 | Notificación corregida de correo electrónico, términos de respuesta sin moción de parte | HUL1212024-01986 |
| 17 marzo 2025 | Moción para corrección de correo electrónico | N/A |
| 29 abril 2025 | Mensaje directo de demandados sin canal legal | N/A |
| 28 mayo 2025 | Solicitud de regrabación – vista del 14 de marzo 2025 denegada | HUL1212023-01759 |
| 5 junio 2025 | Moción sobre honorarios materia de regrabacion. | HUL1212024-01986 |

| | | |
|---|---|---|
| 15 de sbril 2025 | Orden enmendada – indica tres (3) expedientes diferentes, Hul1212023-01759 y 01758, Hul2842022-02036, 1212023-1759 y 1758 | Hul1212023-01758 y 01759. Mocion presentada 22 de nov. 2024. |
| 28 de mayo 2025 | Moción para traslado de caso de deslinde de colindancia - pendient | HU2023CV00172 |
| Plano del terreno | Puntos de violaciones cometidad por el vecino, Pedro Gomzalez en rededor de la berja. | N/A |

# Annex Narrative Index

20 de enero 2023 – Resolución caso Hul2842022-02036 - Caso de Fonseca, caso cerrado 2023.

7 de diciembre 2023 – 2 órdenes de citación con números de caso incorrectos. Notificación de Zirayda Gómez Pagán con errores en números de caso, moción y epígrafe. Desacato ley 121 contra Fonseca y Vaillant, casos Hul1212023-01758 y 01759.

18 de diciembre 2023 – Resolución de vista con número de epígrafe incorrecto, archivado en expediente cerrado. Notificación incorrecta. Error judicial, asunto nuevo, casos Hul1212023-01758 y 01759.

15 de junio 2024 – Solicitud de re-grabación de vista del 18 de diciembre 2023. Solicitud denegada. Casos Hul1212023-01758 y 01759.

18 de junio 2024 – Reporte de querella de la policía. Tabla con clavos colocada a propósito por Pedro González, causando heridas.

21 de junio 2024 – Moción de desacato. Sonia Del Valle Cruz envió orden con número de epígrafe incorrecto. Caso Hul1212024-01986.

28 de junio 2024 – Regrabación de vista de la tabla con clavos. Caso de desacato contra Pedro González, ley 121, caso Hul1212024-01986.

12 de septiembre 2024 – Reconsideración de la regrabación de vista del 18 de diciembre 2023. Casos Hul1212023-01758 y 01759.

22 de noviembre 2024 – Moción de desacato por derecho propio, ley 121, contra Fonseca. Caso Hul1212023-01759.

4 de diciembre 2024 – Moción entregada al tribunal, acuse de recibo firmado. Caso Hul1212023-01759.

7 de enero 2025 – Moción contra Pedro González por hostigamiento y destrucción de propiedad. Caso Hul1212024-01986.

9 de enero 2025 – Notificación de citación con error en las primeras letras del correo electrónico. Caso Hul1212024-01986.

27 de enero 2025 – Moción adicional para citación de moción del 22 de noviembre 2024. Caso Hul1212023-01759.

27 de enero 2025 – Notificación y orden de citación entregada en ventanilla a los peticionados. Contradicción en notificación.

5 de marzo 2025 – Citacion con informacion del caso Epigrafe cerrado. – numero de caso cerrado.

18 de febrero 2025 – Informe del fiscal indicando que no hay elementos de delito para radicar cargos. Caso de la tabla con clavos.

21 de febrero 2025 – Citación para el 25 de febrero con error en epígrafe, invirtiendo roles de peticionaria/peticionada. Caso Hul1212023-01759.

24 de febrero 2025 – Moción para cambio de fecha por salud y enmienda de epígrafe. No hubo respuesta del tribunal.

26 de febrero 2025 – Resolución de vista. Mezcla de casos. No se permitió expresarse ni mostrar evidencia. Caso Hul1212024-01986.

28 de febrero 2025 – Administradora entregó dos notificaciones sobre cambio de fecha por salud. Notificaciones vinculadas al expediente cerrado, numero diferent eliminando el zero en el numero subsiguient.

28 de febrero 2025 – Moción del abogado contrario con información del caso cerrado Hul2842022-02036 en lugar del caso activo.

28 de febrero 2025 – Moción solicitando traslado a otro tribunal. Trato desigual y errores administrativos.

5 de marzo 2025 – Citacion con Epigrafe del caso cerrado Hul2842022-02036 en lugar Hul1212023-01759.

10 de marzo 2025 – Notificación confunde caso activo con expediente cerrado. Enmienda de fechas archivada en expediente incorrecto.

13 de marzo 2025 – Notificación para exponer posición sobre alegado incumplimiento. No se ha recibido copia de moción para responder.

22 de abril 2025 – Notificación emendada para corregir correo electrónico y notificar término de 5 días. Fechas de archivo cambiadas.

17 de marzo 2025 – Moción para cambio de correo electrónico.

29 de abril 2025 – Mensaje enviado directamente por los peticionados a la parte peticionaria. No fue canalizado por abogado ni tribunal.

28 de mayo 2025 – Solicitud de regrabación de vista del 14 de marzo 2025. No existe resolución en expediente. Caso Hul1212023-01759.

5 de junio 2025 – Moción consignada de honorarios y materia pendiente por regrabación de vista del 26 de febrero 2025. Caso Hul1212024-01986.

Case 3:25-cv-01359-PAD    Document 2-3    Filed 07/07/25    Page 7 of 100

15 de abril 2025, Orden anmendada- notificacion del original no recibido. Los casos Hul1212023-1758 y Hul1212023-1759 es de otro expediente. El expediente activo es Hul1212023- 01758 y 01759. El caso cerrado fue trabajado en la vista del 14 de marzo 14 de marzo 2025. Mocion presentada 22 de nov. 2024.

28 de mayo 2025 – Moción de traslado de caso de deslinde colindancia a otro tribunal. Caso HU2023CV00172.

Plano del terreno donde esta ubicada la berja, donde el Sr. Gonzales a violado las ordenes del Tribunal.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL PRIMERA INSTANCIA
SALA MUNICIPAL DE HUMACAO

| | |
|---|---|
| EVELYN FONSECA BAEZ<br>**Parte Peticionaria**<br><br>Vs.<br><br>CARMEN QUIÑONES<br>**Parte Peticionada** | Caso Núm.   HUL2842022-02036<br><br>SOBRE:    Ley Núm. 284 |

# RESOLUCIÓN

Llamado el caso para vista final comparece la parte peticionaria representada por el Lcdo. Pablo Lugo .  A su vez, comparece la peticionada representada por el Lcdo. Rafael Fernández Britto.

Los representantes legales tuvieron la oportunidad de conversar y llegaron a acuerdos.  Peticionaria desiste de la petición presentada.

El Tribunal  ordena el cierre y archivo del presente caso y dicta la siguiente resolución al amparo de la Ley 140.

Las partes no intervendrán entre sí ni realizarán ninguna acción dirigida a ninguna de las partes.

Toda persona que voluntariamente violare alguno de los términos de esta Resolución, incurriría en desacato civil sujeto a pena de cárcel máxima de seis (6) meses, o multa no mayor de quinientos (500) dólares, o ambas penas, a discreción del Tribunal.  Esta orden no es apelable pero lo contenido y resuelto en la misma constituirá cosa juzgada.

Esta resolución tendrá vigencia de dos (2) años.

En Humacao, Puerto Rico a 20 enero de 2023.

CARLOS J. CAPÓ HERNÁNDEZ
JUEZ MUNICIPAL

krm

Galaxy A13

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**REGIÓN JUDICIAL DE HUMACAO**
**SALA MUNICIPAL**

**CARMEN QUIÑONES LUGO**
Parte Peticionaria

VS

**EVELYN FONSECA BAEZ**
Parte Peticionada

Caso Núm.: HUL2842023-02036

Sobre:
LEY 284

## ORDEN DE CITACIÓN

A:    **CARMEN QUIÑONES LUGO-PERSONALMENTE**

Por la presente se requiere a usted para que, sin pretexto alguno, comparezca a la vista señalada para celebrarse el **18 de diciembre de 2023, a las 1:30 p.m.**; deberá prestar declaración con relación al caso de referencia.

Se advierte que, si usted no comparece, podrá ser encontrado incurso en desacato al Tribunal.

Cualquier duda, podrá comunicarse al Tribunal de Humacao: (787) 656-0010 x. 2011, 2010, 2016, 2009.



POR ORDEN DEL MAGISTRADO
**HON. KARINA DÍAZ PÉREZ**

Extendido bajo mi firma en Humacao, P.R.
**HOY 7 DE DICIEMBRE DE 2023**

**IVELISSE C. FONSECA RODRÍGUEZ**
SECRETARIA REGIONAL INTERINA

**ZIRAYDA GÓMEZ PAGAN**
SECRETARIA AUXILIAR DEL TRIBUNAL

### CERTIFICADO DE DILIGENCIAMIENTO

Yo, _____ certifico que he diligenciado la presente citación.

☐ Personalmente a: _____
☐ Por conducto de: _____
☐ Otra: _____

_____        _____
FECHA                                         FIRMA DEL DILIGENCIANTE

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**REGIÓN JUDICIAL DE HUMACAO**
**SALA MUNICIPAL**

| | |
|---|---|
| **CARMEN QUIÑONES LUGO**<br>Parte Peticionaria<br><br>VS<br><br>**IVELISSE VAILLANT**<br>Parte Peticionada | Caso Núm.: HUL1212023-1758<br><br>Sobre:<br>LEY 284 |

## ORDEN DE CITACIÓN

**A:    CARMEN QUIÑONES LUGO-PERSONALMENTE**

Por la presente se requiere a usted para que, sin pretexto alguno, comparezca a la vista señalada para celebrarse el **18 de diciembre de 2023, a las 1:30 p.m.**; deberá prestar declaración con relación al caso de referencia.

Se advierte que, si usted no comparece, podrá ser encontrado incurso en desacato al Tribunal.

Cualquier duda, podrá comunicarse al Tribunal de Humacao: (787) 656-0010 x. 2011, 2010, 2016, 2009.



POR ORDEN DEL MAGISTRADO
**HON. KARINA DÍAZ PÉREZ**

Extendido bajo mi firma en Humacao, P.R.
**HOY 7 DE DICIEMBRE DE 2023**

**IVELISSE C. FONSECA RODRÍGUEZ**
SECRETARIA REGIONAL INTERINA

**ZIRAYDA GOMEZ PAGAN**
SECRETARIA AUXILIAR DEL TRIBUNAL

---

## CERTIFICADO DE DILIGENCIAMIENTO

Yo, _____ certifico que he diligenciado la presente citación.
☐ Personalmente a: _____
☐ Por conducto de: _____
☐ Otra: _____

_____          _____
FECHA                                   FIRMA DEL DILIGENCIANTE

---

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**

 Gmail

Carmen Quinones <cquinones1105@gmail.com>

## NOTIFICACION HUL2842022-02036, RELACIONADO HUL1212021-1758 Y 1759 (ASUNTOS NUEVOS)

2 mensajes

Zirayda Gómez Pagán <Zirayda.Gomez@poderjudicial.pr>                    7 de diciembre de 2023, 11:55
Para: "lic.pablolugo@pablolugolaw.com" <lic.pablolugo@pablolugolaw.com>, "cquinones1105@gmail.com"
<cquinones1105@gmail.com>
Cc: Adelaida Silva Figueroa <Adelaida.Silva@poderjudicial.pr>

BUENAS TARDES,

SE ANEJA NOTIFICACION CASO HUL2842022-02036, POR MOCION TITULADA, "MOCION POR DERECHO
PROPIO" PRESENTADA POR LA SRA. CARMEN QUIÑONES EL 7 DE DICIEMBRE DE 2023.

FAVOR DE CONFIRMAR COMO RECIBIDO.

GRACIAS

Aviso de confidencialidad: Este correo electrónico y cualquier documento adjunto contiene información propietaria,
confidencial o privilegiada que pertenece a la Rama Judicial. Se advierte que cualquier divulgación, distribución, copia o
acción relacionada al contenido de esta comunicación, sin la autorización del remitente está totalmente prohibida. Si
usted no es el destinatario, debe destruir este mensaje y notificar al remitente o a la Oficina de Seguridad de los
Sistemas al (787) 641-6363, Ext. 2772. La Rama Judicial ha tomado las precauciones necesarias para asegurar el envío
del correo electrónico, libre de virus o contenido malicioso. No obstante, no podemos asegurar que así sea, por lo cual no
nos hacemos responsables de cualquier daño atribuible al caso. _____
                                                    Confidentiality Note: This e-mail and any other document
attached contain proprietary, confidential or privileged information that appertains to the Judicial Branch. You are to
become aware that any dissemination or disclosure, distribution, copying or the taking of any action in reliance on the
contents of this communication is strictly forbidden without the consent of the sender. If you are not the intended recipient,
you should destroy this message and should notify the sender or the Systems Security Office at (787) 641-6363 Ext.
2772. The Judicial Branch has taken the necessary precautions to ensure the remittance of e-mail communications free of
virus or any other malicious contents. However, we cannot assure that this could be the case, for which we disclaim any
responsibility of any damage attributable thereto.

📄 NOTIFICACION 1812 HUL2842022-02036.docx
   34K

Carmen Quinones <cquinones1105@gmail.com>                              17 de diciembre de 2023, 19:59
Para: Zirayda Gómez Pagán <Zirayda.Gomez@poderjudicial.pr>

Saludos,

Confirmo recibe.  E notado que la fecha de registro no esta completa.

Gracias,
Carmen Quinones

On Thu, Dec 7, 2023, 3:55 PM Zirayda Gómez Pagán <Zirayda.Gomez@poderjudicial.pr> wrote:

BUENAS TARDES,

SE ANEJA NOTIFICACION CASO HUL2842022-02036, POR MOCION TITULADA, "MOCION POR DERECHO
PROPIO" PRESENTADA POR LA SRA. CARMEN QUIÑONES EL 7 DE DICIEMBRE DE 2023.

FAVOR DE CONFIRMAR COMO RECIBIDO.

GRACIAS

Estado Libre Asociado de Puerto Rico
TRIBUNAL GENERAL DE JUSTICIA
**Tribunal de Primera Instancia**
Sala ☐ Superior ☒ Municipal de ___HUMACAO___

CASO NÚM. __HUL2842022-02036__
Salón Núm. _____

___EVELYN FONSECA BAEZ___
Parte Peticionaria
v.
___CARMEN QUIÑONES___
Parte Peticionada

Sobre:    ___LEY 284___

## NOTIFICACIÓN

A: EVELYN FONSECA BAEZ- P/C: LCDO. PABLO LUGO LEBRON
lic.pablolugo@pablolugolaw.com

CARMEN QUIÑONES: cquinones1105@gmail.com

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al (a la):

☐ Moción de Enmiendas o Determinaciones Iniciales o Adicionales

☐ Moción de Reconsideración

☐ Moción de Nuevo Juicio

☐ Moción de Reconsideración y de Enmiendas o Determinaciones Iniciales o Adicionales

☐ Moción de Reconsideración y/o Enmiendas o Determinaciones Iniciales o Adicionales y Nuevo Juicio

☒ Moción:  MOCION POR DERECHO PROPIO (PARTE PETICIONADA)

☒ Caso de Epígrafe

este Tribunal emitió una ___Orden___ el _07_ de _diciembre_ de _2023_.

☐ Se aneja copia o incluye enlace: _____

☒ Se transcribe la determinación a continuación:
ENTERADO. CITA PARA VISTA DE DESACATO JUNTO CON LOS 121 (Hul1212023-1758 y HUL1212023-1759). Fdo. HON. KARINA DIAZ PEREZ-Juez Municipal

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a esta Orden, usted puede presentar un recurso de apelación, revisión o certiorari, de conformidad con el procedimiento y en el término establecido por ley, regla o reglamento. aplicable.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y archivada hoy _7_ de _diciembre_ de _2023_, y que se envió copia de esta notificación a las personas antes indicadas, a sus direcciones registradas en el caso conforme a la normativa aplicable. En esta misma fecha fue archivada en autos copia de esta notificación.

Notas de la Secretaria: Vista para el 18 diciembre de 2023 a la 1:30 pm. Sala Municipal Hcao

En ___HUMACAO___, Puerto Rico, a _07_ de _diciembre_ de _2023_.

___IVELISSE C. FONSECA RODRIGUEZ___
Nombre del (de la)
Secretario(a) Regional

Por: ZIRAYDA GOMEZ PAGAN
Nombre y Firma del (de la)
Secretario(a) Auxiliar del Tribunal

 Gmail

Carmen Quinones <cquinones1105@gmail.com>

## HUL2842022-02036 (ENID) videoconferencia EVELYN FONSECA BAEZ vs CARMEN QUIÑONES LUGO/ HUL121203-1758 CARMEN QUIÑONES vs IVELISE VAILLANT// 1759 CARMEN QUIÑONES vs EVELYN FONSECA BAEZ

3 mensajes

**Zirayda Gómez Pagán** <Zirayda.Gomez@poderjudicial.pr>
Para: "cquinones1105@gmail.com" <cquinones1105@gmail.com>

15 de diciembre de 2023, 5:39

Hon. Enid Cristina Rivera lo está invitando a una vista mediante Zoom

Saludos,

El Tribunal Municipal de Humacao solicita su comparecencia en el Caso notificado al inicio de este correo electrónico. Es importante que acepte la invitación para comparecer mediante videoconferencia y pueda verse reflejada en su agenda. **Deberá comenzar el proceso de conexión el día que fue citado según aparece en la citación y orden,** con al menos 15 minutos de anticipación para asistirle en caso de ser necesario y los procesos no se vean retrasados.

**IMPORTANTE:** En caso de que la fecha y hora que refleje su sistema (ZOOM) sea distinta debe ser **hora de Puerto Rico**, se le advierte que **prevalece la fecha y hora dispuesta en la ORDEN DE CITACION POR EL TRIBUNAL,** haya sido por escrito o la fecha escogida en Sala. (Se recomienda que ajuste la configuración del Zoom para que refleje la hora citada "GEORGETOWN, LA PAZ, SAN JUAN", para que las hora coincidan o una actualización del Zoom.)

Usted podrá conectarse desde su celular, computadora PC o laptop, tableta o teléfono, siempre y cuando tenga conexión a internet. Para poder usar todas las funcionalidades más cómodamente, se recomienda usar una PC, laptop o tableta. Si no tiene la licencia de ZOOM, puede bajar la aplicación gratis que provee ZOOM. **No obstante, NO NECESITA la aplicación para poder conectarse ni se le requiere lo haga para comparecer remotamente a esta vista. Basta que oprima el enlace que se indica en este correo. En cualquier caso, es obligatorio que utilice su nombre completo al entrar a la vista cuando se le requiere el "screen name".**

Unirse a la reunión Zoom

# https://ramajudicial-pr.zoom.us/j/7511371368

ID de reunión: 751 137 1368

Código de acceso: h27VgH

**Si tienen dificultad en conectarse al Internet, puede comparecer a la vista por la vía telefónica y solo por voz llamando a cualquiera de los números de teléfonos que aparecen a continuación. Deberá indicar el ID de la reunión que le hemos enviado.**

Móvil con un toque

   +1 787 966 7727 Puerto Rico

   +1 939 945 0244 Puerto Rico

   +1 787 945 1488 Puerto Rico

ID de reunión: 751 137 1368

Encuentre su número local: https://ramajudicial-pr.zoom.us/u/kdkoTIDlgU

**Para garantizar la seguridad de todos los participantes una vez usted llegue a la vista virtual, será colocado en una sala de espera (waiting room). El Tribunal o el funcionario del Tribunal autorizado, lo admitirá a la hora señalada. Por último, si tiene algún impedimento técnico y no puede conectarse de ningún modo el día de la vista, es su obligación comunicarse de inmediato con esta servidora al 787-656-0010 Extensión 2230/2121 Sala de Violencia Doméstica, Videoconferencias 2424 y Sala Municipal 2009/2010/2011/2135.**

**Gracias por su atención.**

Aviso de confidencialidad: Este correo electrónico y cualquier documento adjunto contiene información propietaria, confidencial o privilegiada que pertenece a la Rama Judicial. Se advierte que cualquier divulgación, distribución, copia o acción relacionada al contenido de esta comunicación, sin la autorización del remitente está totalmente prohibida. Si usted no es el destinatario, debe destruir este mensaje y notificar al remitente o a la Oficina de Seguridad de los Sistemas al (787) 641-6363, Ext. 2772. La Rama Judicial ha tomado las precauciones necesarias para asegurar el envío del correo electrónico, libre de virus o contenido malicioso. No obstante, no podemos asegurar que así sea, por lo cual no nos hacemos responsables de cualquier daño atribuible al caso. _____ Confidentiality Note: This e-mail and any other document attached contain proprietary, confidential or privileged information that appertains to the Judicial Branch. You are to become aware that any dissemination or disclosure, distribution, copying or the taking of any action in reliance on the contents of this communication is strictly forbidden without the consent of the sender. If you are not the intended recipient, you should destroy this message and should notify the sender or the Systems Security Office at (787) 641-6363 Ext. 2772. The Judicial Branch has taken the necessary precautions to ensure the remittance of e-mail communications free of virus or any other malicious contents. However, we cannot assure that this could be the case, for which we disclaim any responsibility of any damage attributable thereto.

invite.ics
7K

 Gmail

Carmen Quinones <cquinones1105@gmail.com>

---

## HUL2842023-02036
1 mensaje

**Mabel Mendez Soto** <Mabel.Mendez@poderjudicial.pr>    21 de diciembre de 2023, 6:09
Para: "lic.pablolugo@pablolugolaw.com" <lic.pablolugo@pablolugolaw.com>, "cquinones1105@gmail.com"
<cquinones1105@gmail.com>

1 Primera Resolucion Por Carlos J. Capo Hernandez
El que Atendio el caso.
2 2nd Resolucion Por Enid Cristina Rivera - 21-Dic-2023

Buen día

Adjunto acompaño notificación en el caso de referencia.

Favor confirmar el recibo de este correo.

Muchas gracias



## Poder Judicial de Puerto Rico
### Región Judicial de Humacao

*Mabel Méndez Soto*

Secretaria Auxiliar del Tribunal 1

Sala de Investigaciones

787-656-0010 | 8-18-2013

Aviso de confidencialidad: Este correo electrónico y cualquier documento adjunto contiene información propietaria, confidencial o privilegiada que pertenece a la Rama Judicial. Se advierte que cualquier divulgación, distribución, copia o acción relacionada al contenido de esta comunicación, sin la autorización del remitente está totalmente prohibida. Si usted no es el destinatario, debe destruir este mensaje y notificar al remitente o a la Oficina de Seguridad de los Sistemas al (787) 641-6363, Ext. 2772. La Rama Judicial ha tomado las precauciones necesarias para asegurar el envío del correo electrónico, libre de virus o contenido malicioso. No obstante, no podemos asegurar que así sea, por lo cual no nos hacemos responsables de cualquier daño atribuible al caso.

Confidentiality Note: This e-mail and any other document attached contain proprietary, confidential or privileged information that appertains to the Judicial Branch. You are to become aware that any dissemination or disclosure, distribution, copying or the taking of any action in reliance on the contents of this communication is strictly forbidden without the consent of the sender. If you are not the intended recipient, you should destroy this message and should notify the sender or the Systems Security Office at (787) 641-6363 Ext. 2772. The Judicial Branch has taken the necessary precautions to ensure the remittance of e-mail communications free of virus or any other malicious contents. However, we cannot assure that this could be the case, for which we disclaim any responsibility of any damage attributable thereto.

HUL2842022-02036 NOTIFICACION.pdf
4007K

Estado Libre Asociado de Puerto Rico
TRIBUNAL GENERAL DE JUSTICIA
**Tribunal de Primera Instancia**
Sala ☐ Superior ☒ Municipal de ___HUMACAO___

|  |  |
|---|---|
| ___EVELYN FONSECA BAEZ___<br>Parte Peticionaria<br><br>v.<br><br>___CARMEN QUIÑONES LUGO___<br>Parte Peticionada | CASO NÚM.  HUL2842022-02036<br>Salón Núm. _____<br><br>Sobre:  ___LEY 284___ |

## NOTIFICACIÓN

A:  Nombre y Dirección:  EVELYN FONSECA BAEZ-P/C : LCDO. PABLO LEBRON
lic.pablolugo@pablolugolaw.com

Nombre y Dirección:  CARMEN QUIÑONES-:cquinones1105@gmail.com

Nombre y Dirección: _____

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al (a la):

☐ Moción de Enmiendas o Determinaciones Iniciales o Adicionales
☐ Moción de Reconsideración
☐ Moción de Nuevo Juicio
☐ Moción de Reconsideración y de Enmiendas o Determinaciones Iniciales o Adicionales
☐ Moción de Reconsideración y/o Enmiendas o Determinaciones Iniciales o Adicionales y Nuevo Juicio
☐ Moción: _____
☒ Caso de Epígrafe
este Tribunal  emitió  una  ___Resolución___  el  _18_  de  ___diciembre___  de  _2023_ .

☒ Se aneja copia o incluye enlace:  RESOLUCION _____
☐ Se transcribe la determinación a continuación:

_____
Hon. ENID CRISTINA RIVERA, JUEZ MUNICIPAL

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a esta __Resolución__ , usted puede presentar un recurso de __apelación, revisión o certiorari__ , de conformidad con el procedimiento y en el término establecido por ley, regla o reglamento.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y archivada hoy  _21_  de  ___diciembre___  de  _2023_ , y que se envió copia de esta notificación a las personas antes indicadas, a sus direcciones registradas en el caso conforme a la normativa aplicable.  En esta misma fecha fue archivada en autos copia de esta notificación.

Notas de la Secretaría: _____

En  _HUMACAO_ , Puerto Rico, a  _21_  de  ___diciembre___  de  _2023_ .

_____    Por:  _f/ MABEL MÉNDEZ SOTO_
___EVELYN FÉLIX VÁZQUEZ___           Nombre y Firma del (de la)
Nombre del (de la)                    Secretario(a) Auxiliar del Tribunal
Secretario(a) Regional

OAT 1812 Formulario Único de Notificación – Sentencias, Resoluciones, Órdenes y Minutas
(Noviembre 2016)                                                                Página 1 de 1

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
CENTRO JUDICIAL DE HUMACAO
SALA DE INVESTIGACIONES

| | |
|---|---|
| **EVELYN FONSECA BAEZ**<br>Parte Peticionaria<br><br>**VS.**<br><br>**CARMEN QUIÑONES LUGO**<br>Parte Peticionada | CIVIL NUM. HUL2842022-02036<br><br>Asunto:<br>LEY 284 CONV A LEY 140 |

## RESOLUCION

Llamado el caso de epígrafe para Vista de Desacato Civil al amparo de la Ley 140 de 23 de julio de 1974, según enmendada conocida como "Ley sobre controversias y estados provisionales de derecho" celebrada conjuntamente con una Vista final en los Casos HUL1212023-1758 y 1759 al amparo de la Ley 121-2019, conocida como "Carta de derechos y la política pública del Gobierno a favor de los adultos mayores", compareció la Sra. Carmen Quiñones Lugo por derecho propio y las señoras Ivelisse Vaillant y Evelyn Fonseca Báez por sí y representadas por el Lcdo. Pablo Lugo Lebrón.[1]

Luego de tomado el juramento dio inicio el desfile de la prueba la cual consistió en el testimonio de las partes.

La Sra. Carmen Quiñones Lugo, en adelante "Sra. Quiñones" y la Sra. Evelyn Fonseca, en adelante "Sra. Fonseca", son vecinas. Las casas ubican una al frente de la otra en el pueblo de Yabucoa, Puerto Rico. Entre noviembre y diciembre del 2022 ocurrieron unos incidentes en la comunidad entre las partes y otros residentes, que provocaron la radicación del caso que nos ocupa. En ese proceso intervino además la Policía de Puerto Rico, sin embargo, de la prueba no se desprende que se haya procesado criminalmente a alguna persona. Las partes sostuvieron un dialogo a través de sus representantes legales, desistiendo la Sra. Fonseca de la petición de orden de protección y obligándose ambas a un estado provisional de derecho bajo la Ley 140, antes citada.

En la Resolución estableciendo un estado provisional de derecho, de 20 de enero de 2023, notificada y archivada en autos el 23 de enero de 2023, se dispuso en lo pertinente:

> "...
> **Las partes no intervendrán entre sí ni realizarán ninguna acción dirigida a ninguna de las partes.**
> ..." .

El Tribunal advirtió sobre las penas en caso de incumplimiento y

---

[1] En esta misma fecha se dictó Resolución en los Casos Civiles HUL1212023-1758 y 1759.

DisfrASAr LA Resolucion    AUL/2C2024-01986

- Mocion - 27-ENE 2025 . Soy LA
peticiNARIA firmado por el Abogado
del LA peticIONADA.

estableció una vigencia de dos años.

Con posterioridad a la referida Resolución la Sra. Quiñones hace alegaciones generales de incidentes que sostiene han ocurrido en la comunidad provocados por la Sra. Fonseca. Expone que desde su balcón y en compañía de otras personas, la Sra. Fonseca hace expresiones que entiende son dirigidas a ella pero que no logra escuchar específicamente su contenido. Objeta, además, el uso de un *karaoke* por parte de la Sra. Fonseca y las miradas constantes de esta hacia ella, aunque niega que ella también mire hacia la residencia de la Sra. Fonseca.

El incidente más reciente alega que ocurrió entre el 24 al 26 de noviembre de 2023, pues no recuerda la fecha exacta, cuando escuchó a la Sra. Fonseca cantar en *karaoke* una canción de Pedro Navarro. Alega que esa canción hace referencia a un arma de fuego. Sostiene que la Sra. Fonseca expresó: "Eso es lo que yo necesito". A la vez declaraba que no escuchaba bien pero que a esas expresiones se añadió: "Pa' vaciárselo encima". A preguntas del Tribunal sostiene que por ese incidente no se presentó una querella en la Policía de Puerto Rico.

Por otra parte, la Sra. Ivelisse Vaillant, en adelante "la Sra. Vaillant", es familia de la Sra. Fonseca y reside fuera de Puerto Rico. Se encuentra de vacaciones visitando a familiares. La Sra. Quiñones manifiesta sentir temor de la Sra. Vaillant porque la observó en algún momento en noviembre de 2023, disponiendo de unos escombros en un área destinada para ello cercana a su casa. Por los incidentes ocurridos en diciembre de 2022 y donde intervino la Policía de Puerto Rico, siente temor de que ocurra algo provocado esta. Sin embargo, reconoce que no han ocurrido incidentes adicionales o conducta determinada promovida por la Sra. Vaillant en su contra.

La Sra. Fonseca niega las alegaciones. Sostiene que la Sra. Quiñones es quien constantemente pasa por su hogar. Reconoce que escucha música desde su hogar y hace uso de *karaoke* así como que ha celebrado actividades junto a su familia. Niega promover conducta dirigida a la Sra. Quiñones.

La prueba tiende a demostrar que las partes no han podido subsanar las diferencias del pasado y guardan animosidad a pesar de haberse adjudicado la controversia en el caso que nos ocupa. La Sra. Quiñones pareciera objetar la mera presencia de la Sra. Fonseca en la comunidad y sigue haciendo referencia a los asuntos de diciembre 2022, los cuales fueron atendidos por el Tribunal.

Escuchados los testimonios de las partes el Tribunal declara No Ha Lugar la moción por derecho propio presentada por la Sra. Quiñones. Ahora bien, entendemos que corresponde **enmendar la Resolución de 20 de enero de 2023 a los fines de añadir lo siguiente:**

1. Las partes evitarán utilizar equipos de música a un alto volumen. El volumen debe ser moderado y no puede traspasar los límites de la propiedad. Tomarán medidas necesarias para evitar el ruido

innecesario, incluyendo el cambio en la dirección de las bocinas y utilizar mecanismos alternos como audífonos, entre otras. El uso de *karaoke* quedará limitado a celebraciones en ocasión de actividades especiales.

2. Las partes y sus familiares, también su visita, evitarán controversias e intervenciones no amistosas entre sí. No reaccionarán a provocaciones y tampoco harán comentarios directos o indirectos que puedan traspasar los límites de su propiedad.

3. Cualquier alegación de incumplimiento deberá ventilarse en el Tribunal, y la parte que lo alegue deberá contar con prueba robusta que sustente sus alegaciones.

4. La moción alegando incumplimiento será notificada a la otra parte advirtiéndose que se dará por no puesta de no cumplirse con ello.

5. De tratarse de conducta constitutiva de delito se presentará, además, querella en la Policía de Puerto Rico y luego se acudirá al Tribunal con el número de querella, nombre del agente y número de placa.

Esta Resolución fijando un estado provisional de derecho mantendrá la vigencia establecida de **dos (2) años y hasta el 20 de enero de 2025** y no es renovable. Será obligatoria entre las partes mientras la controversia no se ventile en el curso ordinario de la Ley. Se les advierte de su derecho a entablar acción ordinaria ante el Tribunal correspondiente para enmendar o dejar sin efecto esta Orden.

Toda persona que voluntariamente violare alguno de los términos de esta Resolución, incurrirá en desacato civil sujeto a pena de cárcel máxima de seis meses y/o multa no mayor de $500 o ambas penas a discreción del Tribunal. Esta orden no es apelable, pero lo contenido y resuelto en la misma no constituirá cosa juzgada.

<u>Según fue advertido en Sala, el Tribunal será estricto en la imposición de multas o pena de cárcel de quedar probado que se ha incumplido con las órdenes del Tribunal.</u>

**NOTIFIQUESE.**

En Humacao, Puerto Rico, a 18 de diciembre de 2023.

**ENID CRISTINA RIVERA GARCIA**
JUEZ MUNICIPAL

 Gmail                                              Carmen Quinones <cquinones1105@gmail.com>

## NOTIFICACIÓN
1 mensaje

**Sonia Del Valle Cruz** <Sonia.DelValle@poderjudicial.pr>                          16 de julio de 2024, 8:02
Para: Carmen Quinones <cquinones1105@gmail.com>, "lic.pablolugo@pablolugolaw.com"
<lic.pablolugo@pablolugolaw.com>



***Sonia M. del Valle Cruz***

*Tec. Sistema Oficina Conf.*

*Sala de Investigaciones*

*TEL: (787) 656-0010 Ext. 2660*

Buenos días:

Le notifico las Ordenes emitidas en los casos HUL1212023-01758 y HUL1212023-01759, por el (la) Hon. Enid C. Rivera García.

Aviso de confidencialidad: Este correo electrónico y cualquier documento adjunto contiene información propietaria, confidencial o privilegiada que pertenece a la Rama Judicial. Se advierte que cualquier divulgación, distribución, copia o acción relacionada al contenido de esta comunicación, sin la autorización del remitente está totalmente prohibida. Si usted no es el destinatario, debe destruir este mensaje y notificar al remitente o a la Oficina de Seguridad de los Sistemas al (787) 641-6363, Ext. 2772. La Rama Judicial ha tomado las precauciones necesarias para asegurar el envío del correo electrónico, libre de virus o contenido malicioso. No obstante, no podemos asegurar que así sea, por lo cual no nos hacemos responsables de cualquier daño atribuible al caso. _____
_____ Confidentiality Note: This e-mail and any other document attached contain proprietary, confidential or privileged information that appertains to the Judicial Branch. You are to become aware that any dissemination or disclosure, distribution, copying or the taking of any action in reliance on the contents of this communication is strictly forbidden without the consent of the sender. If you are not the intended recipient, you should destroy this message and should notify the sender or the Systems Security Office at (787) 641-6363 Ext. 2772. The Judicial Branch has taken the necessary precautions to ensure the remittance of e-mail communications free of virus or any other malicious contents. However, we cannot assure that this could be the case, for which we disclaim any responsibility of any damage attributable thereto.

📄 **HUL1212023-01758 y HUL1212023-01759.pdf**
   90K

Estado Libre Asociado de Puerto Rico
TRIBUNAL GENERAL DE JUSTICIA
**Tribunal de Primera Instancia**
Sala ☒ Superior ☒ Municipal de ___HUMACAO___

CASO NÚM. <u>HUL1212023-01758</u>
Salón Núm. _____

CARMEN QUIÑONES LUGO
Parte Peticionaria
v.
IVELISSE VAILLANT
Parte Peticionada

Sobre:    <u>LEY 121</u>

## NOTIFICACIÓN

A: -CARMEN QUIÑONES LUGO - cquinones1105@gmail.com

   -IVELISSE VAILLANT P/C LCDO. PABLO LUGO LEBRÓN -
                          lic.pablolugo@pablolugolaw.com

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al (a la):

☐ Moción de Enmiendas o Determinaciones Iniciales o Adicionales
☐ Moción de Reconsideración
☐ Moción de Nuevo Juicio
☐ Moción de Reconsideración y de Enmiendas o Determinaciones Iniciales o Adicionales
☐ Moción de Reconsideración y/o Enmiendas o Determinaciones Iniciales o Adicionales y Nuevo Juicio
☒ Moción:  <u>SOLICITANDO REGRABACIÓN DE LA VISTA FINAL LEY 121</u>
☒ Caso de Epígrafe

este Tribunal emitió una ___Orden___ el _15_ de ___julio___ de _2024_.

☐ Se aneja copia o incluye enlace: _____
☒ Se transcribe la determinación a continuación:
No Ha Lugar. Canalice a través de la representación legal.
                    f/HON. ENID C. RIVERA GARCÍA

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a esta Orden, usted puede presentar un recurso de <u>apelación, revisión o certiorari</u>, de conformidad con el procedimiento y en el término establecido por ley, regla o reglamento. aplicable.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y archivada hoy _16_ de ___julio___ de _2024_, y que se envió copia de esta notificación a las personas antes indicadas, a sus direcciones registradas en el caso conforme a la normativa aplicable. En esta misma fecha fue archivada en autos copia de esta notificación.

Notas de la Secretaria: _____

En ___HUMACAO___, Puerto Rico, a _16_ de ___julio___ de _2024_.

____EVELYN FELIX VÁZQUEZ____          Por: f/ SONIA M. DEL VALLE CRUZ
Nombre del (de la)                    Nombre y Firma del (de la)
Secretario(a) Regional                Secretario(a) Auxiliar del Tribunal

Estado Libre Asociado de Puerto Rico
TRIBUNAL GENERAL DE JUSTICIA
**Tribunal de Primera Instancia**
Sala ☒ Superior ☒ Municipal de ___HUMACAO___

CASO NÚM. HUL1212023-01759
Salón Núm. _____

CARMEN QUIÑONES LUGO
Parte Peticionaria
v.
EVELYN FONSECA BÁEZ
Parte Peticionada

Sobre:   LEY 121

## NOTIFICACIÓN

A:  -CARMEN QUIÑONES LUGO - cquinones1105@gmail.com

-EVELYN FONSECA BÁEZ P/C LCDO. PABLO LUGO LEBRÓN -
lic.pablolugo@pablolugolaw.com

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al (a la):

☐ Moción de Enmiendas o Determinaciones Iniciales o Adicionales

☐ Moción de Reconsideración

☐ Moción de Nuevo Juicio

☐ Moción de Reconsideración y de Enmiendas o Determinaciones Iniciales o Adicionales

☐ Moción de Reconsideración y/o Enmiendas o Determinaciones Iniciales o Adicionales y
   Nuevo Juicio

☒ Moción:  SOLICITANDO REGRABACIÓN DE LA VISTA FINAL LEY 121

☒ Caso de Epígrafe

este Tribunal emitió una   Orden   el   15   de   julio   de   2024 .

   ☐ Se aneja copia o incluye enlace: _____

   ☒ Se transcribe la determinación a continuación:
   No Ha Lugar.  Canalice a través de la representación legal.

f/HON. ENID C. RIVERA GARCÍA

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a
esta Orden, usted puede presentar un recurso de apelación, revisión o certiorari, de conformidad
con el procedimiento y en el término establecido por ley, regla o reglamento. aplicable.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y archivada
hoy   16   de   julio   de   2024 , y que se envió copia de esta notificación
a las personas antes indicadas, a sus direcciones registradas en el caso conforme a la normativa
aplicable.  En esta misma fecha fue archivada en autos copia de esta notificación.

Notas de la Secretaría: _____

En   HUMACAO   , Puerto Rico, a   16   de   julio   de   2024 .

EVELYN FELIX VÁZQUEZ                    Por: f/ SONIA M. DEL VALLE CRUZ
Nombre del (de la)                          Nombre y Firma del (de la)
Secretario(a) Regional                      Secretario(a) Auxiliar del Tribunal

| INFORMES DE OTROS INCIDENTES O SERVICIOS | 1. NÚM. DE ORI PRPPR03N1 | 2. NÚM. DE QUERELLA 2024:4-078:001739 | 3. TIPO DE INFORME ☐ INICIAL ☒ SUPLEMENTO | 4. SECTOR 4012 |
|---|---|---|---|---|

**5. TIPO DE INCIDENTE**

☐ 1. PÉRDIDA    ☒ 3. INCIDENTE DESGRACIADO    ☐ DILIGENCIAMIENTO ORDEN 408

☐ 2. OTRO SERVICIO    ☐ 4. PERSONA MUERTA

**6. SISTEMA 9-1-1** ☐ SÍ ☒ N/A

Nombre

Posición

## DATOS DEL QUERELLANTE

| 7. QUERELLANTE (Apellidos, Nombre , Inicial) | 8. NOMBRE PREFERIDO | 9. Género | 10. TELÉFONO (Celular) |
|---|---|---|---|
| QUIÑONES LUGO CARMEN | | ☐ M ☒ F ☐ NB | 7874495541 |

**11. DIRECCIÓN RESIDENCIAL (Exacta) (Calle, ciudad, código postal)**

BO PLAYA GUAYANES CARR 906 KM 4.5 YABUCOA PR 00767

**12. TELÉFONO (Trabajo)**

| 13. Raza | 14. Nacionalidad | 15. Etnicidad | 16. EDAD |
|---|---|---|---|
| ☒ Blanco ☐ Negro ☐ Asiático ☐ Nativo Alaska ☐ Nativo Hawái | PUERTORRIQUEÑA | ☐ Hispano ☐ No Hispano | 66 |

**17. Discapacidad**

☐ Auditiva ☐ Visual ☐ Habla ☐ Física ☐ Cognitiva ☐ Multisensorial

**18. PERSONA SIN HOGAR** ☐ SÍ ☐ N/A

| 19. LUGAR DEL INCIDENTE (DIRECCIÓN EXACTA) | 20. FECHA DEL INCIDENTE | 21. HORA DEL INCIDENTE |
|---|---|---|
| BO PLAYA GUAYANES CARR 906 KM 4.5 YABUCOA PR 00767 | 06/18/2024 | 17:00:00 |

## 22. DESCRIPCIÓN BIENES REPORTADOS PERDIDOS

## 23. OTRO SERVICIO

☐ PATRULLAJE PREVENTIVO DEPENDENCIA GOBIERNO

☐ INSPECCIÓN

☒ DILIGENCIAMIENTO ORDEN DE PROTECCIÓN:    ☐ Ley 54    ☐ Ley 148    ☐ Ley 248    ☐ Ley 246    ☐ Ley 121    ☐ Ley 154

    DESARME U OCUPACIÓN DE ARMAS    ☐ SÍ    ☐ N/A

☐ OCUPACIÓN ARMAS DE FUEGO LEY 168-2019

☐ ORIENTACIÓN PROCESO OBTENER ORDEN DE PROTECCIÓN:    ☐ Ley 54    ☐ Ley 148    ☐ Ley 248    ☐ Ley 246    ☐ Ley 121    ☐ Ley 154

☐ DILIGENCIAMIENTO ORDEN DE ALLANAMIENTO NEGATIVO:

    OBJETO O PERSONA ALLANADO:    ☐ Vehículo    ☐ Casa    ☐ Persona    ☐ Edificio    TIPO DE ALLANAMIENTO    ☐ Consentimiento    ☐ Orden

    LUGAR:    ☐ BARRIADA    ☐ URBAIZACIONES    ☐ BARRIOS    ☐ RESIDENCIALES PÚBLICOS

MOTIVO ORDEN DE ALLANAMIENTO:    ☐ Can    ☐ Vigilancia    ☐ Consentimiento    ☐ Circunstancia Exigente

PPR-621.2-001434373

## INCIDENTE DESGRACIADO

| | 25. NOMBRE PREFERIDO | 26. TELÉFONO (Domiciliario) |
|---|---|---|
| NOMBRE PERJUDICADO (Apellidos, Nombre, Inicial) | | 7874495541 |
| IÑONES LUGO CARMEN | | |

| . Género | 28. Raza | | 29. Nacionalidad | 30. Etnicidad |
|---|---|---|---|---|
| ☐ M  ☒ F  ☐ NB | ☒ Blanco  ☐ Negro  ☐ Asiático  ☐ Nativo Alaska  ☐ Nativo Hawái | | PUERTORRIQUEÑA | ☒ Hispano  ☐ No Hispano |

| . PERSONA SIN HOGAR  ☐ SÍ  ☐ N/A | 32. Discapacidad |
|---|---|
| | ☐ Auditiva  ☐ Visual  ☐ Habla  ☐ Física  ☐ Cognitiva  ☐ Multisensorial |

| I. DIRECCIÓN (Exacta) (Calle, ciudad, código postal) | 34. TELÉFONO (Trabajo) |
|---|---|
| O PLAYA GUAYANES CARR 906 KM 4.5 YABUCOA PR 00767 | |

| 5. EMERGENCIAS MÉDICAS | 36. NOMBRE DEL PARAMÉDICO/LICENCIA | 37. TRANSPORTADO A |
|---|---|---|
| ☐ MUNICIPAL  ☐ ESTATAL  NÚM UNIDAD: | | |

| 8. NOMBRE DEL MÉDICO/LICENCIA | 39. NÚMERO DE ORDEN (LEY 408-2000) |
|---|---|
| | |

## PERSONA MUERTA

| 0. APELLIDOS, NOMBRE E INICIAL PERSONA MUERTA | 41. Color de Ojos | 42. Color de Pelo | 43. Marcas o Cicatrices |
|---|---|---|---|

| 44. ESTATURA | 45. PESO | 46. FECHA NACIMIENTO | 47. EDAD | 48. Nacionalidad | 49. GÉNERO | 50. Etnicidad |
|---|---|---|---|---|---|---|
| | | | | | ☐ M  ☐ F  ☐ NB | ☐ Hispano  ☐ No Hispano |

| 51. Raza | 52. Diversidad Funcional | 53. Persona sin Hogar  ☐ SÍ  ☐ N/A |
|---|---|---|
| ☐ Blanco  ☐ Negro  ☐ Asiático  ☐ Nativo Alaska  ☐ Nativo Hawái | ☐ Auditiva  ☐ Visual  ☐ Habla  ☐ Física  ☐ Cognitiva  ☐ Multisensorial | |

| 54. DIRECCIÓN (Exacta) (Calle, ciudad, código postal) |
|---|

| 55. CAUSA DE LA MUERTE | 56. NOMBRE DEL MÉDICO Y LICENCIA |
|---|---|

| 57. VESTIMENTA |
|---|

| 58. Nombre Agente de Servicios Técnicos  ☐ SÍ  ☐ N/A | 59. Nombre Agente de Homicidios  ☐ SÍ  ☐ N/A | 60. Cantidad de Fotos  ☐ SÍ  ☐ N/A |
|---|---|---|

| 61. FISCAL EXPIDIÓ BOLETA | 62. NÚM. DE BOLETA |
|---|---|

### 63. NARRATIVO

AMPLIANDO INFORMACIÓN:
PARA HACER CONSTAR  QUE LA TABLA ESTABA AMARRADA CON UNOS CABLES. Y CLAVOS. ADEMAS TENIA UNA ENRREDADERA.  ESTA SOSPECHA QUE ALGUIEN COLOCO ESA TABLA EN EL LUGAR PERO NO LO PUEDE IDENTIFICAR.

| 64. NOMBRE DEL MNPPR | 65. PLACA | 66. FIRMA | 67. FECHA |
|---|---|---|---|
| AGTE ASTRID M QUINTANA TEXIDOR | 37736 | QUINTANA TEXIDOR ASTRID M | 06/27/2024 14:16:15 |
| 68. NOMBRE DEL SUPERVISOR | 69. PLACA | 70. FIRMA | 71. FECHA |
| SGTO. GLADYS E. MELENDEZ GONZALEZ | 8-32923 | SGTO. GLADYS E. MELENDEZ GONZALEZ | 06/27/2024 14:32:33 |

PPR-621.2-001434373

INCIDENTE DESGRACIADO

| 24. NOMBRE PERJUDICADO (Apellidos, Nombre, Inicial) | 25. NOMBRE PREFERIDO | 26. TELÉFONO (Domiciliario) |
|---|---|---|

QUIÑONES LUGO CARMEN · 7874495541

| 29. Nacionalidad | 30. Etnicidad |
|---|---|
| PUERTORRIQUEÑA | ☒ Hispano   ☐ No Hispano |

**27. Género:** ☐ M  ☒ F  ☐ NB

**28. Raza:** ☒ Blanco  ☐ Negro  ☐ Asiático  ☐ Nativo Alaska  ☐ Nativo Hawái

**32. Discapacidad:** ☐ Auditiva  ☐ Visual  ☐ Habla  ☐ Física  ☐ Cognitiva  ☐ Multisensorial

**31. PERSONA SIN HOGAR** ☐ SÍ  ☐ N/A

**33. DIRECCIÓN (Exacta) (Calle, ciudad, código postal)**
BO PLAYA GUAYANES CARR 906 KM 4.5 YABUCOA PR 00767

**34. TELÉFONO (Trabajo)**

**36. NOMBRE DEL PARAMÉDICO/LICENCIA**

**37. TRANSPORTADO A**

**35. EMERGENCIAS MÉDICAS**  ☐ MUNICIPAL  ☐ ESTATAL   NÚM UNIDAD:

**39. NÚMERO DE ORDEN (LEY 408-2000)**

**38. NOMBRE DEL MÉDICO/LICENCIA**

PERSONA MUERTA

| 40. APELLIDOS, NOMBRE E INICIAL PERSONA MUERTA | 41. Color de Ojos | 42. Color de Pelo | 43. Marcas o Cicatrices |
|---|---|---|---|

| 44. ESTATURA | 45. PESO | 46. FECHA NACIMIENTO | 47. EDAD | 48. Nacionalidad | 49. GÉNERO | 50. Etnicidad |
|---|---|---|---|---|---|---|
| | | | | | ☐ M  ☐ F  ☐ NB | ☐ Hispano  ☐ No Hispano |

**53. Persona sin Hogar** ☐ SÍ  ☐ N/A

**51. Raza:** ☐ Blanco  ☐ Negro  ☐ Asiático  ☐ Nativo Alaska  ☐ Nativo Hawái

**52. Diversidad Funcional:** ☐ Auditiva  ☐ Visual  ☐ Habla  ☐ Física  ☐ Cognitiva  ☐ Multisensorial

**54. DIRECCIÓN (Exacta) (Calle, ciudad, código postal)**

**55. CAUSA DE LA MUERTE**

**56. NOMBRE DEL MÉDICO Y LICENCIA**

**57. VESTIMENTA**

**58. Nombre Agente de Servicios Técnicos** ☐ SÍ  ☐ N/A

**59. Nombre Agente de Homicidios** ☐ SÍ  ☐ N/A

**60. Cantidad de Fotos** ☐ SÍ  ☐ N/A

**61. FISCAL EXPIDIÓ BOLETA**

**62. NÚM. DE BOLETA**

**63. NARRATIVO**
MARTES 18 DE JUNIO DE 2024 HORA 12:15PM SECTOR 4012 ALEGA LA QUERELLANTE QUE EL DIA 17 DE JUNIO DE 2024 ESTABA SE ENCONTRABA DESYERBANDO EL TERRENO QUE ESTA ALEGA QUI ES PARTE DE SU PROPIEDAD. Y ESTA PISO UNA TABLA QUE TENIA UNOS CLAVOS. RESULTANDO CON UNA HERIDA EN UNO DE SUS PIES. ESTA FUE ATENDIDA EN EL CDT DE YABUCOA POR EL MÉDICO DE TURNO. SE ORIENTA A QUE ASISTA AL TRIBUNAL BAJO LA LEY 140 DE CONTROVERSIAS Y ESTADOS PROVISIONALES DE DERECHO.

| 64. NOMBRE DEL MNPPR | 65. PLACA | 66. FIRMA | 67. FECHA |
|---|---|---|---|
| AGTE ASTRID M QUINTANA TEXIDOR | 37736 | QUINTANA TEXIDOR ASTRID M. | 06/19/2024 14:52:44 |
| 68. NOMBRE DEL SUPERVISOR | 69. PLACA | 70. FIRMA | 71. FECHA |
| SGTO. GLADYS E. MELENDEZ GONZALEZ | 8-32923 | SGTO. GLADYS E. MELENDEZ GONZALEZ | 06/21/2024 10:34:00 |

PPR-621.2-0014277

**INFORMES DE OTROS INCIDENTES O SERVICIOS**

| | |
|---|---|
| 1. NÚM. DE ORI | PRPPR03N1 |
| 2. NÚM. DE QUERELLA | 2024:4-078:001739 |

3. TIPO DE INFORME
☒ INICIAL   ☐ SUPLEMENTO   4012

6. SISTEMA 9-1-1   ☐ SÍ   ☒ N/A

5. TIPO DE INCIDENTE
- ☐ 1. PÉRDIDA
- ☐ 2. OTRO SERVICIO
- ☒ 3. INCIDENTE DESGRACIADO
- ☐ 4. PERSONA MUERTA
- ☐ DILIGENCIAMIENTO ORDEN 408

Nombre
Posición

## DATOS DEL QUERELLANTE

7. QUERELLANTE (Apellidos, Nombre , Inicial)
QUIÑONES LUGO CARMEN

8. NOMBRE PREFERIDO

9. Género   ☐ M   ☒ F   ☐ NB

10. TELÉFONO (Celular)
7874495541

12. TELÉFONO (Trabajo)

11. DIRECCIÓN RESIDENCIAL (Exacta) (Calle, ciudad, código postal)
BO PLAYA GUAYANES CARR 906 KM 4.5 YABUCOA PR 00767

13. Raza
☒ Blanco   ☐ Negro   ☐ Asiático   ☐ Nativo Alaska   ☐ Nativo Hawái

14. Nacionalidad
PUERTORRIQUEÑA

15. Etnicidad
☐ Hispano   ☐ No Hispano

16. EDAD
66

18. PERSONA SIN HOGAR   ☐ SÍ   ☐ N/A

17. Discapacidad
☐ Auditiva   ☐ Visual   ☐ Habla   ☐ Física   ☐ Cognitiva   ☐ Multisensorial

19. LUGAR DEL INCIDENTE (DIRECCIÓN EXACTA)
BO PLAYA GUAYANES CARR 906 KM 4.5 YABUCOA PR 00767

20. FECHA DEL INCIDENTE
06/18/2024

21. HORA DEL INCIDENTE
18:00:00

## 22. DESCRIPCIÓN BIENES REPORTADOS PERDIDOS

## 23. OTRO SERVICIO

- ☐ PATRULLAJE PREVENTIVO DEPENDENCIA GOBIERNO
- ☐ INSPECCIÓN
- ☐ DILIGENCIAMIENTO ORDEN DE PROTECCIÓN:   ☐ Ley 54   ☐ Ley 148   ☐ Ley 248   ☐ Ley 246   ☐ Ley 121   ☐ Ley 154
  DESARME U OCUPACIÓN DE ARMAS   ☐ SÍ   ☐ N/A
- ☐ OCUPACIÓN ARMAS DE FUEGO LEY 168-2019
- ☐ ORIENTACIÓN PROCESO OBTENER ORDEN DE PROTECCIÓN:   ☐ Ley 54   ☐ Ley 148   ☐ Ley 248   ☐ Ley 246   ☐ Ley 121   ☐ Ley 154
- ☐ DILIGENCIAMIENTO ORDEN DE ALLANAMIENTO NEGATIVO:
  OBJETO O PERSONA ALLANADO:   ☐ Vehículo   ☐ Casa   ☐ Persona   ☐ Edificio   TIPO DE ALLANAMIENTO   ☐ Consentimiento   ☐ Orden
  LUGAR:   ☐ BARRIADA   ☐ URBANIZACIONES   ☐ BARRIOS   ☐ RESIDENCIALES PÚBLICOS
  MOTIVO ORDEN DE ALLANAMIENTO:   ☐ Can   ☐ Vigilancia   ☐ Consentimiento   ☐ Circunstancia Exigente

PPR-621.2-001427

Página 1 de 1

**Hospital Menonita Yabucoa**

Paciente: CARMEN QUINONES LUGO
Nro Cuenta: VV0000348243
Nro Exp Méd: MW00024433
Ubicación: Yabucoa Emergency Room
Prof Salud Principal: Ramos Rodriguez,Jose M
Fecha: 06/17/24

# Información sobre Visita del Paciente

## Hoy recibió atención debido a:

Puncture wound of right foot

## Restricciones de Actividad o Instrucciones Adicionales:

Seguimiento con medico primario

## Recetas:

1. clindamycin HCl
   300 mg oral Q8H #21 capsule
   300 mg
   capsule
   Refills: 0
2. famotidine [Pepcid]
   20 mg oral daily #30 tablet
   20 mg
   tablet
   Refills: 0
3. Lactobacillusacidophilus[Intestinex]
   680 mg oral three times a day #15 capsule
   1 capsule
   capsule
   Refills: 0

## Otros Documentos Entregados:

Discharge Report
Home Medications List

## Instrucciones

No deje de tomar sus medicamentos recetados. Hable con su médico primario o cardiólogo antes de detenerlos.

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**REGIÓN JUDICIAL DE HUMACAO**
**SALA MUNICIPAL**

**CARMEN QUIÑONES LUGO**
Parte peticionaria

VS.

**PEDRO GONZALEZ**
**ZENAIDA NAVÁRO HATEH**
Parte peticionada

Caso Núm.:
**HUL1212024-01986**

Sobre:
**LEY 121**

## ORDEN DE CITACIÓN

A:   **CARMEN QUIÑONES LUGO**
     **CITADA PERSONALMENTE EN VENTANILLA**

Por la presente se requiere a usted para que, sin pretexto alguno, comparezca a la **vista señalada** para celebrarse el ***28 de junio de 2024, a las 1:30 p.m.***; deberá prestar declaración con relación al caso de referencia.

Se advierte que, si usted no comparece, podrá ser encontrado incurso en desacato al Tribunal.

Cualquier duda, podrá comunicarse al Tribunal de Humacao: (787) 656-0010 x. 2011, 2010, 2016, 2009.

POR ORDEN DEL MAGISTRADO
**KARINA DÍAZ PÉREZ**

Extendido bajo mi firma en Humacao, P.R.
**HOY 21 DE JUNIO DE 2024**

**EVELYN FÉLIX VÁZQUEZ**
SECRETARIA REGIONAL

**MABEL MÉNDEZ SOTO**
SECRETARIA AUXILIAR DEL TRIBUNAL

---

## CERTIFICADO DE DILIGENCIAMIENTO

Yo, _____ certifico que he diligenciado la presente citación.

☐ Personalmente a: _____
☐ Por conducto de: _____
☐ Otra: _____



_____          _____
FECHA                     FIRMA DEL DILIGENCIANTE

5:30 - 1:05 am            5:29 -

*# 6540.⁰⁰
44:19 - Coloco en la ARea Nord
Visto Caminando    # 49:04 -
46:06 -            48:86 -
46: ... : UGto - Talando. 4723

Estado Libre Asociado de Puerto Rico
TRIBUNAL GENERAL DE JUSTICIA
**Tribunal de Primera instancia**
Sala ☐ Superior ☒ Municipal de ___HUMACAO___

Querella Núm. __HUL1402024-02831__

Sobre: Ley Núm. 140 de 23 de julio de 1974

PEDRO GONZALEZ
Parte Querellante

Vs.

CARMEN QUIÑONES
Parte Querellada

### ORDEN DE CITACIÓN

A: __CARMEN QUIÑONES__
__CITADO PERSONALMENTE EN VENTANILLA__

__VISTA DE DESACATO__
_(Dirección)_

Por la presente se le requiere a usted para que, sin pretexto alguno, comparezca ante este Tribunal el __28__ de __junio__ de __2024__ a las __1:30__ ☐ am ☒ pm para que preste declaración en relación con la querella señalada. Se le apercibe de que si usted no comparece después de haber sido citado(a), podrá ser procesado(a) por desacato al Tribunal.

En __HUMACAO__ Puerto Rico, hoy __21__ de __junio__ de __2024__

__HON. KARINA DÍAZ PÉREZ__                    _____
_Nombre del Juez o Jueza_                      _Firma del Juez o Jueza_

__EVELYN FÉLIX VÁZQUEZ__      Por:      __MABEL MÉNDEZ SOTO__
_Nombre del (de la)_                  _Nombre del (de la) Secretario(a) Auxiliar del Tribunal_
_Secretario(a) Regional_

                                    _Firma del (de la)Secretario(a) Auxiliar del Tribunal_

### CERTIFICADO DE DILIGENCIAMIENTO

Certifico que recibí la presente citación el _____ de _____ de _____ y notifiqué la misma a _____, entregándole personalmente un duplicado e informándole de su contenido el _____ de _____ de _____ en _____, Puerto Rico.

_____                _____        _____
_Nombre en letra de molde del (de la)_          _Firma_          _Número Placa_
_Alguacil o Funcionario(a) Autorizado(a)_

_____
_Nombre Alguacil Regional_

OAT 985 Orden de Citación
(Rev. Abril 2018)

 Gmail

Carmen Quinones <cquinones1105@gmail.com>

---

## NOTIFICACIÓN
1 mensaje

---

**Sonia Del Valle Cruz** <Sonia.DelValle@poderjudicial.pr>                                25 de junio de 2024, 8:36
Para: "lcdo.manuelcasanova@gmail.com" <lcdo.manuelcasanova@gmail.com>, Carmen Quinones
<cquinones1105@gmail.com>, "gabrielpagan.law@gmail.com" <gabrielpagan.law@gmail.com>

    **Poder Judicial de Puerto Rico**
Región Judicial de Humacao

*Sonia M. del Valle Cruz*

*Tec. Sistema Oficina Conf.*

*Sala de Investigaciones*

*TEL: (787) 656-0010 Ext. 2660*

Buenos días:

Le notifico una Orden emitida en el caso HUL1402024-02831, por el (la) Hon. Karina Díaz Pérez.

Vista para 28 de junio de 2024; a la 1:30 pm.

Aviso de confidencialidad: Este correo electrónico y cualquier documento adjunto contiene información propietaria,
confidencial o privilegiada que pertenece a la Rama Judicial. Se advierte que cualquier divulgación, distribución, copia o
acción relacionada al contenido de esta comunicación, sin la autorización del remitente está totalmente prohibida. Si
usted no es el destinatario, debe destruir este mensaje y notificar al remitente o a la Oficina de Seguridad de los
Sistemas al (787) 641-6363, Ext. 2772. La Rama Judicial ha tomado las precauciones necesarias para asegurar el envío
del correo electrónico, libre de virus o contenido malicioso. No obstante, no podemos asegurar que así sea, por lo cual no
nos hacemos responsables de cualquier daño atribuible al caso. _____
_____ Confidentiality Note: This e-mail and any other document
attached contain proprietary, confidential or privileged information that appertains to the Judicial Branch. You are to
become aware that any dissemination or disclosure, distribution, copying or the taking of any action in reliance on the
contents of this communication is strictly forbidden without the consent of the sender. If you are not the intended recipient,
you should destroy this message and should notify the sender or the Systems Security Office at (787) 641-6363 Ext.
2772. The Judicial Branch has taken the necessary precautions to ensure the remittance of e-mail communications free of
virus or any other malicious contents. However, we cannot assure that this could be the case, for which we disclaim any
responsibility of any damage attributable thereto.

📄 **HUL1402024-02831.pdf**
49K

Estado Libre Asociado de Puerto Rico
**TRIBUNAL GENERAL DE JUSTICIA**
**Tribunal de Primera Instancia**
Sala ☐ Superior ☒ Municipal de ___HUMACAO___

CASO NÚM. HUL1402024-02831

Salón Núm. _____

PEDRO GONZÁLEZ
Querellante
v.
CARMEN QUIÑONES
Querellado(a)

Sobre: ___LEY 140___

**NOTIFICACIÓN**

A: -PEDRO GONZÁLEZ P/C LCDO. MANUEL E. CASANOVA LAMOUTTE -
lcdo.manuelcasanova@gmail.com

-CARMEN QUIÑONES - cquinones1105@gmail.com

-LCDO. GABRIEL J. PAGÁN SÁNCHEZ - gabrielpagan.law@gmail.com

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al (a la):

☐ Moción de Enmiendas o Determinaciones Iniciales o Adicionales

☐ Moción de Reconsideración

☐ Moción de Nuevo Juicio

☐ Moción de Reconsideración y de Enmiendas o Determinaciones Iniciales o Adicionales

☐ Moción de Reconsideración y/o Enmiendas o Determinaciones Iniciales o Adicionales y Nuevo Juicio

☒ Moción: POR DERECHO PROPIO

☒ Caso de Epígrafe

este Tribunal emitió una ___Orden___ el __21__ de ___junio___ de __2024__.

☐ Se aneja copia o incluye enlace: _____

☒ Se transcribe la determinación a continuación:
Enterada.    Citar para vista de desacato junto al señalamiento para el caso
HUL1212024-01986                    f/HON. KARINA DÍAZ PÉREZ

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a esta Orden, usted puede presentar un recurso de apelación, revisión o certiorari, de conformidad con el procedimiento y en el término establecido por ley, regla o reglamento. aplicable.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y archivada hoy __25__ de ___junio___ de __2024__, y que se envió copia de esta notificación a las personas antes indicadas, a sus direcciones registradas en el caso conforme a la normativa aplicable. En esta misma fecha fue archivada en autos copia de esta notificación.

Notas de la Secretaría: _____

En ___HUMACAO___, Puerto Rico, a __25__ de ___junio___ de __2024__.

___EVELYN FÉLIX VÁZQUEZ___               Por: f/ SONIA M. DEL VALLE CRUZ
Nombre del (de la)                               Nombre y Firma del (de la)
Secretario(a) Regional                          Secretario(a) Auxiliar del Tribunal

Estado Libre Asociado de Puerto Rico
TRIBUNAL GENERAL DE JUSTICIA
**Tribunal de Primera Instancia**
Sala ☐ Superior ☒ Municipal de ___HUMACAO___

CASO NÚM. HUL1402024-02831

Salón Núm. _____

PEDRO GONZÁLEZ
Querellante
v.
CARMEN QUIÑONES
Querellado(a)

Sobre:    LEY 140 _____

## NOTIFICACIÓN

A: -PEDRO GONZÁLEZ P/C LCDO. MANUEL E. CASANOVA LAMOUTTE -
lcdo.manuelcasanova@gmail.com

-CARMEN QUIÑONES P/C LCDO. GABRIEL J. PAGÁN SÁNCHEZ -
gabrielpagan.law@gmail.com

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al (a la):

☐ Moción de Enmiendas o Determinaciones Iniciales o Adicionales

☐ Moción de Reconsideración

☐ Moción de Nuevo Juicio

☐ Moción de Reconsideración y de Enmiendas o Determinaciones Iniciales o Adicionales

☐ Moción de Reconsideración y/o Enmiendas o Determinaciones Iniciales o Adicionales y Nuevo Juicio

☐ Moción: _____

☒ Caso de Epígrafe

este Tribunal emitió una ___Resolución___ el ___20___ de ___febrero___ de ___2024___ .

☒ Se aneja copia o incluye enlace: ___RESOLUCIÓN Y ORDEN_____

☐ Se transcribe la determinación a continuación:

_____

f/HON. KARINA DÍAZ PÉREZ

_____

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a esta Resolución , usted puede presentar un recurso de apelación, revisión o certiorari , de conformidad con el procedimiento y en el término establecido por ley, regla o reglamento. aplicable.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y archivada hoy ___26___ de ___febrero___ de ___2024___ , y que se envió copia de esta notificación a las personas antes indicadas, a sus direcciones registradas en el caso conforme a la normativa aplicable. En esta misma fecha fue archivada en autos copia de esta notificación.

Notas de la Secretaría: _____

Estado Libre Asociado de Puerto Rico
TRIBUNAL GENERAL DE JUSTICIA
**Tribunal de Primera Instancia**
Sala ☐ Superior ☒ Municipal de ___HUMACAO___

|  |  |
|---|---|
| | CASO NÚM. HUL1212024-01844 |
| | Salón Núm. _____ |

| | |
|---|---|
| PEDRO GONZÁLEZ | |
| Parte Peticionaria | Sobre:   LEY 121 |
| v. | |
| CARMEN QUIÑONES | |
| Parte Peticionada | |

**NOTIFICACIÓN**

A: -PEDRO GONZÁLEZ P/C LCDO. MANUEL E. CASANOVA LAMOUTTE -
lcdo.manuelcasanova@gmail.com

-CARMEN QUIÑONES P/C LCDO. GABRIEL J. PAGÁN SÁNCHEZ -
gabrielpagan.law@gmail.com

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al (a la):

☐ Moción de Enmiendas o Determinaciones Iniciales o Adicionales

☐ Moción de Reconsideración

☐ Moción de Nuevo Juicio

☐ Moción de Reconsideración y de Enmiendas o Determinaciones Iniciales o Adicionales

☐ Moción de Reconsideración y/o Enmiendas o Determinaciones Iniciales o Adicionales y Nuevo Juicio

☐ Moción: _____

☒ Caso de Epígrafe

este Tribunal emitió una ___Resolución___ el _20_ de ___febrero___ de _2024_.

☒ Se aneja copia o incluye enlace: RESOLUCIÓN Y ORDEN

☐ Se transcribe la determinación a continuación:

_____
f/HON. KARINA DÍAZ PÉREZ
_____

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a esta Resolución, usted puede presentar un recurso de apelación, revisión o certiorari, de conformidad con el procedimiento y en el término establecido por ley, regla o reglamento. aplicable.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y archivada hoy _26_ de ___febrero___ de _2024_, y que se envió copia de esta notificación a las personas antes indicadas, a sus direcciones registradas en el caso conforme a la normativa aplicable. En esta misma fecha fue archivada en autos copia de esta notificación.

Notas de la Secretaría: _____

En ___HUMACAO___, Puerto Rico, a _26_ de ___febrero___ de _2024_.

| | |
|---|---|
| ___EVELYN FÉLIX VÁZQUEZ___ | Por: f/ SONIA M. DEL VALLE CRUZ |
| Nombre del (de la) | Nombre y Firma del (de la) |
| Secretario(a) Regional | Secretario(a) Auxiliar del Tribunal |

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
SALA MUNICIPAL DE HUMACAO

| | |
|---|---|
| **PEDRO GONZÁLEZ**<br>Peticionaria(o)/Querellante | **CASO NÚM.: HUL1212024-01844** |
| **vs.** | |
| **CARMEN QUIÑONES**<br>Peticionado(a)/Querellado(a) | **SOBRE:  LEY NÚM. 121** |
| **PEDRO GONZÁLEZ**<br>Peticionaria(o)/Querellante | **CASO NÚM.: HUL1402024-02831** |
| **vs.** | |
| **CARMEN QUIÑONES**<br>Peticionado(a)/Querellado(a) | **SOBRE:  LEY NÚM. 140** |

## RESOLUCIÓN Y ORDEN
### FIJANDO UN ESTADO PROVISIONAL DE DERECHO

El 14 de febrero de 2024 el peticionario presentó una petición de orden de protección al amparo de la de la Ley Núm. 121-2019, conocida como "Ley de la carta de Derechos y la Política Pública del Gobierno a Favor de los Adultos Mayores" y una petición al amparo de la bajo la Ley Núm. 140 de 23 de julio de 1974, según enmendada, conocida como "Ley Sobre Controversias y Estados Provisionales de Derecho". 32 LPRA sec. 2871, *et seq*.

Se celebró la vista final el 20 de febrero de 2024. El peticionario compareció representado por el Lcdo. Manuel E. Casanova, RUA 4,891 y la peticionada por el Lcdo. Gabriel Pagán Sanchez, RUA 21,721.

**En cuanto a la petición de orden de protección bajo la Ley Núm. 121, *supra*, se ordena el archivo y cierre por desistimiento voluntario del peticionario. Por otro lado, las partes acordaron establecer un estado provisional de derecho.**

* * *

La Ley Núm. 140, *supra*, se creó con el objetivo de establecer "un procedimiento de ley rápido, económico y eficiente para la adjudicación provisional de controversias por los Jueces Municipales...". Se dictan los siguientes remedios provisionales, por acuerdo de las partes, que atienden la controversia existente entre las partes:

Caso Núm. HUL1212024-01844 / HUL1402024-02831
RESOLUCIÓN Y ORDEN
FIJANDO UN ESTADO PROVISIONAL DE DERECHO
Página 2 de 2

c) Deberá ser notificada a la parte contraria.

Moción que no cumpla con estos requisitos podrá ser rechazada de plano.

**NOTIFÍQUESE.**

En Humacao, Puerto Rico, hoy, 20 de febrero de 2024.

HON. KARINA DÍAZ PÉREZ
JUEZ MUNICIPAL

3

 Carmen Quinones <cquinones1105@gmail.com>

# NOTIFICACIÓN
1 mensaje

**Sonia Del Valle Cruz** <Sonia.DelValle@poderjudicial.pr>                          13 de septiembre de 2024, 10:16
Para: "cquinones1105@gmail.com" <cquinones1105@gmail.com>, "lic.pablolugo@pablolugolaw.com"
<lic.pablolugo@pablolugolaw.com>



## Poder Judicial de Puerto Rico
### Región Judicial de Humacao

*Sonia M. del Valle Cruz*

*Tec. Sistema Oficina Conf.*

*Sala de Investigaciones*

*TEL: (787) 656-0010 Ext. 2660*

Buenas tardes:

Le notifico las ORDENES emitidas en los casos HUL1212023-01758 y HUL1212023-01759, por el (la) Hon. Enid C.
Rivera García.

Aviso de confidencialidad: Este correo electrónico y cualquier documento adjunto contiene información propietaria,
confidencial o privilegiada que pertenece a la Rama Judicial. Se advierte que cualquier divulgación, distribución, copia o
acción relacionada al contenido de esta comunicación, sin la autorización del remitente está totalmente prohibida. Si
usted no es el destinatario, debe destruir este mensaje y notificar al remitente o a la Oficina de Seguridad de los
Sistemas al (787) 641-6363, Ext. 2772. La Rama Judicial ha tomado las precauciones necesarias para asegurar el envío
del correo electrónico, libre de virus o contenido malicioso. No obstante, no podemos asegurar que así sea, por lo cual no
nos hacemos responsables de cualquier daño atribuible al caso. _____
_____ Confidentiality Note: This e-mail and any other document
attached contain proprietary, confidential or privileged information that appertains to the Judicial Branch. You are to
become aware that any dissemination or disclosure, distribution, copying or the taking of any action in reliance on the
contents of this communication is strictly forbidden without the consent of the sender. If you are not the intended recipient,
you should destroy this message and should notify the sender or the Systems Security Office at (787) 641-6363 Ext.
2772. The Judicial Branch has taken the necessary precautions to ensure the remittance of e-mail communications free of
virus or any other malicious contents. However, we cannot assure that this could be the case, for which we disclaim any
responsibility of any damage attributable thereto.

📄 **HUL1212023-01758 y HUL1212023-01759.pdf**
98K

Estado Libre Asociado de Puerto Rico
TRIBUNAL GENERAL DE JUSTICIA
**Tribunal de Primera Instancia**
Sala ☒ Superior ☒ Municipal de ___HUMACAO___

CASO NÚM. HUL1212023-01758
Salón Núm: _____

___CARMEN QUIÑONES LUGO___
Parte Peticionaria
v.
___IVELISSE VAILLANT___
Parte Peticionada

Sobre:   LEY 121 _____

**NOTIFICACIÓN**

A:  -CARMEN QUIÑONES LUGO - cquinones1105@gmail.com

-IVELISSE VAILLANT P/C LCDO. PABLO LUGO LEBRÓN -
lic.pablolugo@pablolugolaw.com

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al (a la):

☐ Moción de Enmiendas o Determinaciones Iniciales o Adicionales
☐ Moción de Reconsideración
☐ Moción de Nuevo Juicio
☐ Moción de Reconsideración y de Enmiendas o Determinaciones Iniciales o Adicionales
☐ Moción de Reconsideración y/o Enmiendas o Determinaciones Iniciales o Adicionales y Nuevo Juicio
☒ Moción:  RECONSIDERANDO LA SOLICITUD DE REGRABACIÓN DE LA VISTA FINAL...
☐ Caso de Epígrafe

este Tribunal emitió una ___Orden___ el ___12___ de ___septiembre___ de ___2024___.

☐ Se aneja copia o incluye enlace: _____
☒ Se transcribe la determinación a continuación:
No Ha Lugar.  No se acredita propósito legítimo.  En caso de ser necesario para alguna revisión judicial, el Tribunal podrá autorizarlo sujeto a que se acredite.

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a esta Orden, usted puede presentar un recurso de apelación, revisión o certiorari, de conformidad con el procedimiento y en el término establecido por ley, regla o reglamento. aplicable.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y archivada hoy ___13___ de ___septiembre___ de ___2024___, y que se envió copia de esta notificación a las personas antes indicadas, a sus direcciones registradas en el caso conforme a la normativa aplicable.  En esta misma fecha fue archivada en autos copia de esta notificación.

Notas de la Secretaría: _____ f/HON. ENID C. RIVERA GARCÍA _____

En ___HUMACAO___, Puerto Rico, a ___13___ de ___septiembre___ de ___2024___.

_____EVELYN FELIX VÁZQUEZ_____     Por: f/ SONIA M. DEL VALLE CRUZ
Nombre del (de la)                        Nombre y Firma del (de la)
Secretario(a) Regional                   Secretario(a) Auxiliar del Tribunal

OAT 1812 Formulario Único de Notificación – Sentencias, Resoluciones, Órdenes y Minutas
(Rev. Enero 2017)
Página 1 de 1

Estado Libre Asociado de Puerto Rico
TRIBUNAL GENERAL DE JUSTICIA
**Tribunal de Primera Instancia**
Sala ☒ Superior ☒ Municipal de    HUMACAO

CASO NÚM. HUL1212023-01759
Salón Núm.

CARMEN QUIÑONES LUGO
Parte Peticionaria
v.
EVELYN FONSECA BÁEZ
Parte Peticionada

Sobre:    LEY 121

**NOTIFICACIÓN**

A: -CARMEN QUIÑONES LUGO - cquinones1105@gmail.com

-EVELYN FONSECA BÁEZ P/C LCDO. PABLO LUGO LEBRÓN -
lic.pablolugo@pablolugolaw.com

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al (a la):

☐ Moción de Enmiendas o Determinaciones Iniciales o Adicionales
☐ Moción de Reconsideración
☐ Moción de Nuevo Juicio
☐ Moción de Reconsideración y de Enmiendas o Determinaciones Iniciales o Adicionales
☐ Moción de Reconsideración y/o Enmiendas o Determinaciones Iniciales o Adicionales y Nuevo Juicio
☒ Moción:  RECONSIDERANDO LA SOLICITUD DE REGRABACIÓN DE LA VISTA FINAL...
☐ Caso de Epígrafe

este Tribunal emitió una    Orden    el    12    de    septiembre    de    2024  .
    ☐ Se aneja copia o incluye enlace:
    ☒ Se transcribe la determinación a continuación:
    No Ha Lugar.  No se acredita propósito legítimo.  En caso de ser necesario para alguna revisión judicial, el Tribunal podrá autorizarlo sujeto a que se acredite.

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a esta Orden, usted puede presentar un recurso de apelación, revisión o certiorari, de conformidad con el procedimiento y en el término establecido por ley, regla o reglamento. aplicable.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y archivada hoy    13    de    septiembre    de    2024  , y que se envió copia de esta notificación a las personas antes indicadas, a sus direcciones registradas en el caso conforme a la normativa aplicable.  En esta misma fecha fue archivada en autos copia de esta notificación.

Notas de la Secretaría:    f/HON. ENID C. RIVERA GARCÍA

En    HUMACAO    , Puerto Rico, a    13    de    septiembre    de    2024  .

EVELYN FELIX VÁZQUEZ
Nombre del (de la)
Secretario(a) Regional

Por:f/ SONIA M. DEL VALLE CRUZ
Nombre y Firma del (de la)
Secretario(a) Auxiliar del Tribunal

OAT 1812 Formulario Único de Notificación – Sentencias, Resoluciones, Órdenes y Minutas
(Rev. Enero 2017)                    Página 1 de 1

ARTE QUERELLANTE / PARTE PETICIONARIA

Vs.

Evelyn Fonseca Báez

PARTE QUERELLADA / PARTE PETICIONADA

CASO NÚM. H4L 2842022-02036

CASO NÚM. H4L 1212023-01759

SOBRE: Ley 284 CCNV A Ley 140

# MOCION POR DERECHO PROPIO

Descargo

## AL HONORABLE TRIBUNAL:

Comparece por la parte ☑ peticionaria / querellante Carmen Corrientes Lugo ☐ parte peticionada / querellada, _____ ☐ otra: _____ y muy respetuosamente expone, alega

y solicita:

La Señora Evelyn Fonseca Continua con música en alto volumen, luego de yo llegar el mi casa del Trabajo a las 6pm. esto me Perturba La paz. Mentras estoy en mi casa La Señora Evelyn me vio sacando fotos de una situación Que mi Becina, cuando La escucho decir "Ay esta La Bonchinchera" se cando foto con su cummara!! Cuando me derijo a Evelyn. Ella me grito "Hija de puta me caga en tu madre, vete pa tu casa... Esto para probarme. Doc están Rason Solcesto el descanto de Evelyn en la Ley 140. la señora Evelyn Le dijo al Trabajador XXX Tambien la señora Evelyn le dijo al Trabajador de obra publica que no me recoja tos escombros.

CERTIFICO: Que he notificado copia de la presente moción a:

y su dirección:

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE INVESTIGACIONES DE HUMACAO

*Chena Ramos Lugo*
PARTE QUERELLANTE / PARTE PETICIONARIA

CASO NÚM. *Hul 1212023 01759*

Vs.

*Evelyn Fonseca Baez*
PARTE QUERELLADA / PARTE PETICIONADA

SOBRE: *Ley 121*

## MOCION POR DERECHO PROPIO

**AL HONORABLE TRIBUNAL:**

Comparece por la parte ☑ peticionaria / querellante _____

☐ parte peticionada / querellada, _____ ☐ otra:

_____ y muy respetuosamente expone, alega

y solicita:

*Hoy 4/Dic/2024 Le entrego acuso de*
*Recibo Al Tribunal de LA mocion*
*presentada al Tribunal el 22 de Nov 2024,*
*Apueva que se A presentado Al*
*Representante de LA peticionada*
*Evelyn Fonseca Baez Representada*
*por el Lic Pablo Lugo Lebron*

*Mocion fue Notificado A*
*Lic Pablo Lugo Lebron en el*
*4 Dic 2024 a los 11:34 Am*
*Adjunto Acuso de Recibo.*

**CERTIFICO:** Que he notificado copia de la presente moción a:

a su dirección:

_____

_____

_____

Página 1 de 2

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE INVESTIGACIONES DE HUMACAO

Carmen Quiñones Lugo
PARTE QUERELLANTE / PARTE PETICIONARIA

Vs.

Pedro Gonzalez
PARTE QUERELLADA / PARTE PETICIONADA

CASO NÚM. HUL121224-01986

SOBRE: Ley 121

## MOCION POR DERECHO PROPIO
Desacato

**AL HONORABLE TRIBUNAL:**

Comparece por la parte ☐ peticionaria / querellante _____
☐ parte peticionada / querellada, _____ ☐ otra:_____
, y muy respetuosamente expone, alega

y solicita:

Una orden de protección, por desacato.
El vesino Pedro Gonzalez hace dos semanas, ha
estado rodeando mi propiedad de manera sospechosa.
6 de Enero 2025 a las 12 del mediodia, dos de mis perros
estaban en la calle, al revisar los perímetros me dio
cuenta, que la bajar las vallas estaban destrozada.
Hace sospechar el vesino Pedro Gonzalez. Estoy preocupada
por la seguridad de mi vida. Esta no es la primera vez
que Pedro Gonzalez rompe mi valla a propósito. El me
a mandado una vez el hospital donde colocó un objeto peligroso
cual me causo daños. El sigue dañando la valla y yo no me
siento segura y temo por mi vida porque la berja es la
que me siento segura, me da una sensación de protección.
También está desviando el agua de lluvia directamente a mi
casa haciendo un canal de tierra y el agua va directamente a mi
propiedad causando daños a la casa y el terreno.

**CERTIFICO:** Que he notificado copia de la presente moción a:

Pedro Gonzalez

a su dirección:

Es mi vesino, no se su dirección exacta,
no tengo su correo electronico, la ultima ves
ellos no tenian abogado, cual se puede
notificar.
* En Junio 2024 se le ordenó por el Tribunal
que limpiara su lado del terreno, cual no lo
a echo.

Página 1 de 2

Estado Libre Asociado de Puerto Rico
TRIBUNAL GENERAL DE JUSTICIA
**Tribunal de Primera Instancia**
Sala ☐ Superior ☒ Municipal de ___HUMACAO___

CASO NÚM. HUL1212024-01986
Salón Núm. _____

___CARMEN QUIÑONES LUGO___
Parte Peticionaria
v.
___PEDRO GONZÁLEZ___
___ZENAIDA NAVARRO HATEH___
Parte Peticionada

Sobre: ___LEY 121___

**NOTIFICACIÓN**

A: -CARMEN QUIÑONES LUGO - covinones1105@gmail.com

- LCDO. MICHAEL ANTHONY CASCIANO KOTICK - michael.casciano@upr.edu

-LCDO. GABRIEL J. PAGÁN SÁNCHEZ - gabrielpagan.law@gmail.com

-PEDRO GONZÁLEZ & ZENAIDA NAVARRO HATEH - amadiskamila@gmail.com

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al (a la):

☐ Moción de Enmiendas o Determinaciones Iniciales o Adicionales

☐ Moción de Reconsideración

☐ Moción de Nuevo Juicio

☐ Moción de Reconsideración y de Enmiendas o Determinaciones Iniciales o Adicionales

☐ Moción de Reconsideración y/o Enmiendas o Determinaciones Iniciales o Adicionales y Nuevo Juicio

☒ Moción:  POR DERECHO PROPIO

☐ Caso de Epígrafe

este Tribunal emitió una ___Orden___ el ___9___ de ___enero___ de ___2025___

  ☐ Se aneja copia o incluye enlace: _____

  ☒ Se transcribe la determinación a continuación:

Cítese para vista de desacato por alegado incumplimiento con el Estado Provisional dictado por este Tribunal, el 28 de junio de 2024.    f/HON. JAILENE GONZÁLEZ ECHEVARRÍA

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a esta Orden, usted puede presentar un recurso de apelación, revisión o certiorari, de conformidad con el procedimiento y en el término establecido por ley, regla o reglamento. aplicable.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y archivada hoy ___14___ de ___enero___ de ___2025___ , y que se envió copia de esta notificación a las personas antes indicadas, a sus direcciones registradas en el caso conforme a la normativa aplicable.  En esta misma fecha fue archivada en autos copia de esta notificación.

Notas de la Secretaria: ___NOTA. VISTA PARA 27 DE ENERO DE 2025; A LAS 11:00 AM.___

En ___HUMACAO___ , Puerto Rico, a ___14___ de ___enero___ de ___2025___ .

___EVELYN FÉLIX VÁZQUEZ___
Nombre del (de la)
Secretario(a) Regional

Por:f/ ___SONIA M. DEL VALLE CRUZ___
Nombre y Firma del (de la)
Secretario(a) Auxiliar del Tribunal

OAT 1812 Formulario Único de Notificación – Sentencias, Resoluciones, Órdenes y Minutas
(Rev. Enero 2017)

Página 1 de 1

Formulario OAT 1966
Octubre 2024

Página 1 de 2

Estado Libre Asociado de Puerto Rico
**TRIBUNAL GENERAL DE JUSTICIA**
**Tribunal de Primera Instancia**
Sala ☐ Superior ☒ Municipal de  HUMACAO

CARMEN QUIÑONES LUGO
*Parte Peticionaria*

v.

PEDRO GONZALEZ
ZENAIDA NAVARRO HATEH
*Parte Peticionada*

Caso Núm.  HUL1212024-01986

Sobre: ☐ violencia doméstica (Ley 54)
☐ violencia sexual (Ley 148)
☐ protección de menores (Ley 57)
☒ protección de adultos(as) mayores (Ley 121)
☐ acecho (Ley 284)
☐ Carta de Derechos del Estudiante (Ley 195)
☐ Controversias y Estados Provisionales de Derecho (Ley 140)
☐ otro:

## CITACIÓN

A:  CARMEN QUIÑONES LUGO

Dirección:  CARR 906 K, 5.4 PLAYA GUAYANES, YABUCOA, PUERTO RICO 00767

Puntos de Referencia:
Teléfono: (  787  )  504  -  4545

Se cita para que comparezca ante este Tribunal en el lugar, fecha y hora indicada más adelante, para que preste declaración en relación con el caso de epígrafe. Se le apercibe que, de no comparecer a esta vista, el Tribunal podrá anotarle la rebeldía y conceder los remedios solicitados o cualquier otro remedio que proceda en derecho; podrá encontrarle incurso en desacato y ordenar su arresto.

| | | |
|---|---|---|
| La Vista se celebrará: | ☒ por videoconferencia¹ ☒ presencial² | Fecha: 27/ENERO/2025 *(d/m/a)*   Hora: 11:00  ☒ a.m. ☐ p.m. |

¹*Por videoconferencia:* Para poder participar de la Vista deberá presentar una moción informando la dirección del correo electrónico a donde se le enviará la invitación o enlace para acceder a la vista.  De igual forma, de no contar con las herramientas tecnológicas para la celebración de una videoconferencia, deberá informarlo de inmediato al Tribunal para coordinar su comparecencia. La videoconferencia es el equivalente a una vista presencial en el Tribunal por lo que los (las) abogados(as) y partes deberán observar las normas de comportamiento y rigor en la discusión de los asuntos con la solemnidad acostumbrada. De tener alguna pregunta puede comunicarse con la línea de apoyo de la Oficina de Educación y Relaciones con la Comunidad de la Oficina de Administración de los Tribunales al (787) 641-6263.
²*Presencial:* De citarse la vista de manera presencial, deberá presentarse en el Tribunal de Primera Instancia, Sala de  Investigaciones , salón de sesiones número _____, en la fecha y hora indicada.

Se le advierte que, si alguna de las partes del caso de epígrafe es menor de edad o persona incapacitada judicialmente, deberá comparecer a la vista representado(a) por su madre, padre o tutor(a) legal, según corresponda.

Se le advierte su derecho a comparecer acompañado(a) de un(a) abogado(a).

Podrá presentar documentos relacionados con este proceso, accediendo al Tribunal Electrónico en la siguiente dirección: https://poderjudicial.pr/tribunal-electronico/.

Notifíquese por orden del Tribunal.

Expedido bajo mi firma y sello del Tribunal en  HUMACAO , Puerto Rico el  9
de  enero  de  2025 .

EVELYN FÉLIX VÁZQUEZ
*Nombre del (de la)*
*Secretario(a) Regional*

Por:  MARJORIE ROSE POMALES MAYSONET
*Nombre del (de la)*
*Secretario(a) Auxiliar del Tribunal*

F/MARJORIE ROSE POMALES MAYSONET
*Firma del (de la)*
*Secretario(a) Auxiliar del Tribunal*

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE INVESTIGACIONES DE HUMACAO

_Carmen Quiñones Lugo_
PARTE QUERELLANTE / PARTE PETICIONARIA

CASO NÚM. HUL 12/2023-01759

Vs.

_Evelyn Fonseca Baez_
PARTE QUERELLADA / PARTE PETICIONADA

SOBRE: _Ley 121_

## MOCION POR DERECHO PROPIO

**AL HONORABLE TRIBUNAL:**

Comparece por la parte ☑ peticionaria / querellante _Carmen Quiñones Lugo_
☐ parte peticionada / querellada, _____ ☐ otra: _____
_____ y muy respetuosamente expone, alega

y solicita: _Una mocion de desacato a Evelyn Fonseca Baez_
_puse la orden en el 4 de Diciembre 2024,_
_Recibi una notificacion 11 de Diciembre_
_A pasado mas de un mes y no_
_E Recibido cita para el caso._
_Estoy Solicitando una cita @ Honorable_
_Tribunal para descutir la situacion_
_que todavia continua Egual._

_Gracia._
_Carmen Quiñones Lugo_

**CERTIFICO:** Que he notificado copia de la presente moción a:
_Lcdo Pablo Lugo Lebrón_

a su dirección: _Humacao P.R. - Lic.pablolugo@pablolugoclaw.com_

_Recibido_
_Carmen_
_27/1/25_

Página 1 de 2

Formulario OAT 1812
Rev. Octubre 2024

Página 1 de 2

Estado Libre Asociado de Puerto Rico
TRIBUNAL GENERAL DE JUSTICIA
**Tribunal de Primera Instancia**
Sala ☐ Superior ☒ Municipal de ___HUMACAO___

| | |
|---|---|
| | Caso Núm. __HUL1212024-01986__ |
| | Salón Núm. _____ |

___CARMEN QUIÑONEZ___
Parte Peticionaria
v.
PEDRO GONZALEZ
___ZENAIDA NAVARRO HATEH___
Parte Peticionada

Sobre:    _LEY NÚM 121_

## NOTIFICACIÓN

A: -CARMEN QUIÑONEZ P/C LCDO. MICHAEL ANTOHONY CASCIANO KOTICK -
michael.casciano@upr.edu
-PEDRO GONZALEZ - Entregado en Ventanilla
-ZENAIDA NAVARRO HATEH - Entregado en Ventanilla

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al (a la):

☐ Moción de Enmiendas o Determinaciones Iniciales o Adicionales

☐ Moción de Reconsideración

☐ Moción de Nuevo Juicio

☐ Moción de Reconsideración y de Enmiendas o Determinaciones Iniciales o Adicionales

☐ Moción de Reconsideración y/o Enmiendas o Determinaciones Iniciales o Adicionales y Nuevo Juicio

☒ Moción:  Moción por Derecho Propio _____

☐ Caso de Epígrafe

este Tribunal emitió una _____Orden_____ el ___27___ de
__enero__ de _2025_ .

☒ Se aneja copia o incluye enlace:  Citación y Orden por Moción

☐ Se transcribe la determinación a continuación:
_____

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a esta __Orden__ usted puede presentar un recurso de _apelación, revisión o certiorari_ , de conformidad con el procedimiento y en el término establecido por ley, regla o reglamento aplicable.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y archivada hoy _27_ de __enero__ de _2025_ , y que se envió copia de esta notificación a las personas antes indicadas, a sus direcciones registradas en el caso conforme a la normativa aplicable. En esta misma fecha fue archivada en autos copia de esta notificación.

Notas de la Secretaría: _____

En _Humacao_ , Puerto Rico, el _27_ de __enero__ de _2025_ .

___Evelyn Félix Vázquez___
☐ Nombre del (de la)
Secretario(a) Regional

___Abneris J. Ramos Moctezuma___
Nombre (de la)
Secretario(a) Auxiliar del Tribunal

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA MUNICIPAL DE HUMACAO**

| | |
|---|---|
| **CARMEN QUIÑONEZ LUGO**<br>Peticionario / Querellante | Caso Núm.: **HUL1212024-01986** |
| vs. | Sobre: **LEY 121** |
| **PEDRO GONZALEZ**<br>**ZENAIDA NAVARRO HATEH**<br>Peticionado / Querellado | |

# ORDEN

Atendida la moción presentada por los peticionados, el Sr. Pedro González y la Sra. Zenaida Navarro Hateh, el 27 de enero de 2025, titulada "Moción por Derecho Propio," **el Tribunal dispone lo siguiente:**

- Ha lugar a la solicitud de transferencia de vista. Se reseñala la vista de desacato par el 26 de febrero de 2025 a las 9:00 am. Se ordena a secretaria adelantar la notificación de esta orden mediante llamada telefónica a todas las partes.

**NOTIFIQUESE.**

Dada en Humacao, Puerto Rico hoy, 27 de enero de 2025.

**JAILENE GONZÁLEZ ECHEVARRÍA**
JUEZ MUNICIPAL

ajrm

| (Apellidos, Nombre, Inicial) | 25. NOMBRE PREFERIDO | 26. TELÉFONO (Domiciliario) |
|---|---|---|
| CARMEN | | 7874495541 |

| M | ☒ F | ☐ NB | 28. Raza | 29. Nacionalidad | 30. Etnicidad |
|---|---|---|---|---|---|
| | | | ☒ Blanco  ☐ Negro  ☐ Asiático  ☐ Nativo Alaska  ☐ Nativo Hawái | PUERTORRIQUEÑA | ☒ Hispano  ☐ No Hispano |

| 31. PERSONA SIN HOGAR  ☐ SÍ  ☐ N/A | 32. Discapacidad |
|---|---|
| | ☐ Auditiva  ☐ Visual  ☐ Habla  ☐ Física  ☐ Cognitiva  ☐ Multisensorial |

| 33. DIRECCIÓN (Exacta) (Calle, ciudad, código postal) | 34. TELÉFONO (Trabajo) |
|---|---|
| BO PLAYA GUAYANES CARR 906 KM 4.5 YABUCOA PR 00767 | |

| 35. EMERGENCIAS MÉDICAS | 36. NOMBRE DEL PARAMÉDICO/LICENCIA | 37. TRANSPORTADO A |
|---|---|---|
| ☐ MUNICIPAL  ☐ ESTATAL  NÚM UNIDAD: | | |

| 38. NOMBRE DEL MÉDICO/LICENCIA | 39. NÚMERO DE ORDEN (LEY 408-2000) |
|---|---|
| | |

## PERSONA MUERTA

| 40. APELLIDOS, NOMBRE E INICIAL PERSONA MUERTA | 41. Color de Ojos | 42. Color de Pelo | 43. Marcas o Cicatrices |
|---|---|---|---|
| | | | |

| 44. ESTATURA | 45. PESO | 46. FECHA NACIMIENTO | 47. EDAD | 48. Nacionalidad | 49. GÉNERO | 50. Etnicidad |
|---|---|---|---|---|---|---|
| | | | | | ☐ M  ☐ F  ☐ NB | ☐ Hispano  ☐ No Hispano |

| 51. Raza | 52. Diversidad Funcional | 53. Persona sin Hogar  ☐ SÍ  ☐ N/A |
|---|---|---|
| ☐ Blanco  ☐ Negro  ☐ Asiático  ☐ Nativo Alaska  ☐ Nativo Hawái | ☐ Auditiva  ☐ Visual  ☐ Habla  ☐ Física  ☐ Cognitiva  ☐ Multisensorial | |

| 54. DIRECCIÓN (Exacta) (Calle, ciudad, código postal) |
|---|
| |

| 55. CAUSA DE LA MUERTE | 56. NOMBRE DEL MÉDICO Y LICENCIA |
|---|---|
| | |

| 57. VESTIMENTA |
|---|
| |

| 58. Nombre Agente de Servicios Técnicos  ☐ SÍ  ☐ N/A | 59. Nombre Agente de Homicidios  ☐ SÍ  ☐ N/A | 60. Cantidad de Fotos  ☐ SÍ  ☐ N/A |
|---|---|---|
| | | |

| 61. FISCAL EXPIDIÓ BOLETA | 62. NÚM. DE BOLETA |
|---|---|
| | |

### 63. NARRATIVO

AMPLIANDO INFORMACIÓN:
PARA HACER CONSTAR  QUE LA TABLA ESTABA AMARRADA CON UNOS CABLES. Y CLAVOS. ADEMAS TENIA UNA ENRREDADERA.  ESTA SOSPECHA QUE ALGUIEN COLOCO ESA TABLA EN EL LUGAR PERO NO LO PUEDE IDENTIFICAR.

AMPLIANDO INFORMACIÓN: HOY, MARTES 18 DE FEBRERO DE 2025 A LAS 3:46PM FISCALÍA DE HUMACAO SE CONSULTÓ ESTE CASO CON LA FISCAL JANITZA ALSINA RIVERA LA CUÁL INDIC;O QUE NO HABÍA ELEMENTOS DE ALGÚN DELITO PARA PODER RADICAR UN CARGO CRIMINAL. Y QUE LA QUERELLANTE UNA VEZ MÁS FUERA ORIENTADA SOBRE LO MISMO.

| 64. NOMBRE DEL MNPPR | 65. PLACA | 66. FIRMA | 67. FECHA |
|---|---|---|---|
| AGTE. ASTRID M. QUINTANA TEXIDOR | 37736 | QUINTANA TEX. ASTRID MARIE | 02/18/2025 17:28:21 |
| 68. NOMBRE DEL SUPERVISOR | 69. PLACA | 70. FIRMA | 71. FECHA |
| SGTO. LUIS A. CASTRO CRUZ | 8-17297 | SGTO. LUIS A. CASTRO CRUZ | 02/21/2025 13:31:15 |

PPR-621.2-001637356

 Gmail

Carmen Quinones <cquinones1105@gmail.com>

---

## CITACION CASO HUL1212023-01759

1 mensaje

**Gianellys De Leon Colon** <Gianellys.DeLeon@poderjudicial.pr>
Para: "cquinones1105@gmail.com" <cquinones1105@gmail.com>

21 de febrero de 2025, 10:54

Saludos:

Adjunto documento de Citación correspondiente al caso HUL1212023-01759 de ley 121.

Vista señalada para el 25 de febrero de 2025 a las 11:00 de la mañana.

Cordialmente,



**Poder Judicial de Puerto Rico**
Región Judicial de Humacao

**Gianellys De León Colón**

Secretaria Auxiliar Tribunal I

Sala de Investigaciones Tribunal de Humacao

Gianellys.DeLeon@poderjudicial.pr

Tel. 787-656-0010 Ext. 2023 | 8-18-2023

Aviso de confidencialidad: Este correo electrónico y cualquier documento adjunto contiene información propietaria, confidencial o privilegiada que pertenece a la Rama Judicial. Se advierte que cualquier divulgación, distribución, copia o acción relacionada al contenido de esta comunicación, sin la autorización del remitente está totalmente prohibida. Si usted no es el destinatario, debe destruir este mensaje y notificar al remitente o a la Oficina de Seguridad de los Sistemas al (787) 641-6363, Ext. 2772. La Rama Judicial ha tomado las precauciones necesarias para asegurar el envío del correo electrónico, libre de virus o contenido malicioso. No obstante, no podemos asegurar que así sea, por lo cual no nos hacemos responsables de cualquier daño atribuible al caso. _____ Confidentiality Note: This e-mail and any other document attached contain proprietary, confidential or privileged information that appertains to the Judicial Branch. You are to become aware that any dissemination or disclosure, distribution, copying or the taking of any action in reliance on the contents of this communication is strictly forbidden without the consent of the sender. If you are not the intended recipient, you should destroy this message and should notify the sender or the Systems Security Office at (787) 641-6363 Ext. 2772. The Judicial Branch has taken the necessary precautions to ensure the remittance of e-mail communications free of virus or any other malicious contents. However, we cannot assure that this could be the case, for which we disclaim any responsibility of any damage attributable thereto.

📎 **CITACION PARTE PETICIONADA HUL1212023-01759.pdf**
125K

Formulario OAT 1966
Octubre 2024

Página 1 de 2

Estado Libre Asociado de Puerto Rico
**TRIBUNAL GENERAL DE JUSTICIA**
**Tribunal de Primera Instancia**
Sala ☐ Superior ☒ Municipal de __Humacao__

| | |
|---|---|
| EVELYN FONSECA BAEZ<br>*Parte Peticionaria*<br>v.<br><br>CARMEN QUIÑONES LUGO<br>*Parte Peticionada* | Caso Núm. __HUL1212023-01759__<br>Sobre: ☐ violencia doméstica (Ley 54)<br>☐ violencia sexual (Ley 148)<br>☐ protección de menores (Ley 57)<br>☒ protección de adultos(as) mayores (Ley 121)<br>☐ acecho (Ley 284)<br>☐ Carta de Derechos del Estudiante (Ley 195)<br>☐ Controversias y Estados Provisionales de Derecho (Ley 140)<br>☐ otro: |

**CITACIÓN**

A: __SRA. CARMEN QUIÑONES LUGO-cquinones1105@gmail.com__

Dirección: __BO. PLAYA GUAYANES, CARR. 3 R906 K 4 H5__
__YABUCOA PR 00767__

Puntos de Referencia: Primera casa a la izq. frente a la Iglesia Pentecostal Pastora Marta Cruz

Teléfono: ( __787__ ) __449__ - __5541__

Se cita para que comparezca ante este Tribunal en el lugar, fecha y hora indicada más adelante, para que preste declaración en relación con el caso de epígrafe. Se le apercibe que, de no comparecer a esta vista, el Tribunal podrá anotarle la rebeldía y conceder los remedios solicitados o cualquier otro remedio que proceda en derecho; podrá encontrarle incurso en desacato y ordenar su arresto.

| La Vista se celebrará: | ☐ por videoconferencia¹<br>☒ presencial² | Fecha: 25/FEBRERO/2025<br>(d/m/a) | Hora: 11:00 | ☒ a.m.<br>☐ p.m. |
|---|---|---|---|---|

¹Por videoconferencia: Para poder participar de la Vista deberá presentar una moción informando la dirección del correo electrónico a donde se le enviará la invitación o enlace para acceder a la vista. De igual forma, de no contar con las herramientas tecnológicas para la celebración de una videoconferencia, deberá informarlo de inmediato al Tribunal para coordinar su comparecencia. La videoconferencia es el equivalente a una vista presencial en el Tribunal por lo que los (las) abogados(as) y partes deberán observar las normas de comportamiento y rigor en la discusión de los asuntos con la solemnidad acostumbrada. De tener alguna pregunta puede comunicarse con la línea de apoyo de la Oficina de Educación y Relaciones con la Comunidad de la Oficina de Administración de los Tribunales al (787) 641-6263.

²Presencial: De citarse la vista de manera presencial, deberá presentarse en el Tribunal de Primera Instancia, Sala de __Humacao__ , salón de sesiones número _____, en la fecha y hora indicada.

Se le advierte que, si alguna de las partes del caso de epígrafe es menor de edad o persona incapacitada judicialmente, deberá comparecer a la vista representado(a) por su madre, padre o tutor(a) legal, según corresponda.

Se le advierte su derecho a comparecer acompañado(a) de un(a) abogado(a).

Podrá presentar documentos relacionados con este proceso, accediendo al Tribunal Electrónico en la siguiente dirección: https://poderjudicial.pr/tribunal-electronico/.

Notifíquese por orden del Tribunal.

Expedido bajo mi firma y sello del Tribunal en __Humacao__ , Puerto Rico el __20__ de __febrero__ de __2025__ .

| __EVELYN FELIX VAZQUEZ__ | Por: __GIANELLYS M. DE LEON COLON__ |
|---|---|
| *Nombre del (de la)*<br>*Secretario(a) Regional* | *Nombre del (de la)*<br>*Secretario(a) Auxiliar del Tribunal* |
| | *Gianellys M. De Leon Colón*<br>*Firma del (de la)*<br>*Secretario(a) Auxiliar del Tribunal* |

### ESTADO LIBRE ASOCIADO DE PUERTO RICO
### TRIBUNAL DE PRIMERA INSTANCIA
### SALA DE INVESTIGACIONES DE HUMACAO

Carmen Quiñones Lago

**PARTE QUERELLANTE / PARTE PETICIONARIA**

Vs.

Evelyn Fonseca Báez

**PARTE QUERELLADA / PARTE PETICIONADA**

**CASO NÚM.** HUL 1212023-01759

**SOBRE:** Ley 121

## MOCION POR DERECHO PROPIO

**AL HONORABLE TRIBUNAL:**

Comparece por la parte ☑ peticionaria / querellante _Carmen Quiñones Lago_
☐ parte peticionada / querellada, _____ ☐ otra:
_____ y muy respetuosamente expone, alega
y solicita:

Una mocion para Cambiar la fecha Audiencia en el
caso HUL1212023-01759.

Honorable Juez:

Yo Carmen Quiñones Lugo, parte demandante en el
caso mencionado Comparezco Ante este honurable Tribunal
para Solicitar un cambio de fecha de la audiencia programada
para el 25 Febrero del 2025, debido a un Compromiso Medico
previamente Agendado. Tengo una cita dental que no puedo
reprogramar en esa fecha, por lo que solicito al Tribunal que
considere una Nueva fecha para la Audiencia en la medida
de lo posible. Adjunt documento de mi cita medica Como
respaldo de mi Solicitud. Agradezco la Consideración de
esta Mocion y quedo Atenta. Tambien pido que se Emande LA
parte El epidrafe, de la Moacion, Fechada 22-Noviembre del 2024.
Presentada

**CERTIFICO:** Que he notificado copia de la presente moción a:

_____

a su dirección:

_____
_____
_____

Página 1 de 2

Estado Libre Asociado de Puerto Rico
TRIBUNAL GENERAL DE JUSTICIA
**Tribunal de Primera Instancia**
Sala ☐ Superior ☒ Municipal de ___HUMACAO___

CASO NÚM. HUL1212024-01986
Salón Núm. _____

CARMEN QUIÑONES LUGO
Parte Peticionaria
v.
PEDRO GONZÁLEZ
ZENAIDA NAVARRO HATCH
Parte Peticionada

Sobre:     LEY 121

**NOTIFICACIÓN**

A: -CARMEN QUIÑONES LUGO P/C LCDO. JOEL ALICEA SANTA - jaliceasanta@gmail.com

-LCDO. MICHAEL ANTHONY CASCIANO KOTICK - michael.casciano@upr.edu

-PEDRO GONZÁLEZ & ZENAIDA NAVARRO HATCH - amadiskamila@gmail.com

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al (a la):

☐ Moción de Enmiendas o Determinaciones Iniciales o Adicionales

☐ Moción de Reconsideración

☐ Moción de Nuevo Juicio

☐ Moción de Reconsideración y de Enmiendas o Determinaciones Iniciales o Adicionales

☐ Moción de Reconsideración y/o Enmiendas o Determinaciones Iniciales o Adicionales y Nuevo Juicio

☐ Moción: _____

☒ Caso de Epígrafe

este Tribunal emitió una ___Resolución___ el _26_ de ___febrero___ de ·2025·

☒ Se aneja copia o incluye enlace:  RESOLUCIÓN

☐ Se transcribe la determinación a continuación:

**f/HON. ENID C. RIVERA GARCÍA**

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a esta Resolución, usted puede presentar un recurso de apelación, revisión o certiorari, de conformidad con el procedimiento y en el término establecido por ley, regla o reglamento aplicable.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y archivada hoy _6_ de ___marzo___ de _2025_, y que se envió copia de esta notificación a las personas antes indicadas, a sus direcciones registradas en el caso conforme a la normativa aplicable. En esta misma fecha fue archivada en autos copia de esta notificación.

Notas de la Secretaría: _____

En _HUMACAO_, Puerto Rico, a _6_ de ___marzo___ de _2025_.

EVELYN FÉLIX VÁZQUEZ
Nombre del (de la)
Secretario(a) Regional

Por: f/ SONIA M. DEL VALLE CRUZ
Nombre y Firma del (de la)
Secretario(a) Auxiliar del Tribunal

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE HUMACAO
SALA DE INVESTIGACIONES

| | |
|---|---|
| **CARMEN QUIÑONES LUGO**<br>PARTE PETICIONARIA<br><br>VS.<br><br>**PEDRO GONZÁLEZ**<br>**ZENAIDA NAVARRO HATCH**<br>PARTE PETICIONADA | CASO CIVIL NUM.: HUL1212024-01986<br><br><br>SOBRE: LEY 121 CONV A LEY 140 |

## RESOLUCION

Llamado el caso para Vista de Desacato el 26 de febrero de 2025 comparecieron mediante videoconferencia la parte peticionaria por sí y representada por el Lcdo. Joel Alicea Santa, RUA 20671, en sustitución del Lcdo. Michael Casiano Cottick y de forma presencial la parte peticionada por derecho propio.

### I.    BREVE RELACION DE HECHOS

El 21 de junio de 2024 la parte peticionaria presentó una Petición de Orden de Protección al amparo de la Ley 121-2019, según enmendada, conocida como "Ley de la Carta de Derechos y la Política Público del Gobierno a favor de los Adultos Mayores" contra la parte peticionada. Alegó haber sido maltratada por la parte peticionada de la siguiente forma:

- "Me ha causado daño a mi salud, bienestar, integridad o a mis bienes.
- Me ha expuesto al riesgo de sufrir daño a mi salud, bienestar, integridad o a mis bienes.
- Ejerce algún tipo de control emocional o psicológico con el propósito que abandona la institución u hogar en que resido.
- Me ha provocado temor de sufrir daño físico o psicológico mediante el uso de la intimidación, presión, coacción o amenazas o de cualquier otra forma ha interferido con el ejercicio de los derechos que se le reconocen a la parte peticionaria en esta Ley.
- Me ha privado de tener descanso adecuado y disfrutar de un ambiente de tranquilidad y solaz.
- Otros: Eventos acurido [sic] 17-junio del 2024 estaba limpiando cortando los behucos [sic] enredado en la berja [sic] me encontré con una tabla llena de clavos puesto por ellos, ya que el [sic] días anteriores (2 semanas) no estaba aqi [sic]. La tabla estaba amarada [sic] con cadena y un candao [sic]. Hace 2 semanas vi al Sr. Gonzalez en ese luga [sic], pero me aserqúe por la orden de 140." Véase pág. 2, Petición, inciso 3.

En la misma página, en el inciso 4 alegó, además:

"17 de junio del 2024 Temo por mi seguridad [sic] y mi vida. Fui al Hospital Menonita Yabucoa el mismo día, tratada eridas [sic] al pies [sic] derecho."

Escuchado el testimonio de la parte peticionaria durante la vista ex parte, el Tribunal ordenó citar a Vista el 28 de junio de 2024. El caso fue atendido con una Vista de Desacato en el Caso Civil Núm.: HUL1402024-02831, *Pedro González v. Carmen Quiñones* al amparo de la Ley 140 de 23 de julio de 1974, según enmendada conocida como "Ley sobre controversias y estados provisionales de derecho".

El 28 de junio de 2024, fue celebrada la Vista al amparo de la referida Ley 121 y una Vista de Desacato bajo la Ley 140, *supra*. Se emitió una Resolución notificada y archivada en autos el 3 de julio de 2024. En apretada síntesis, el Tribunal denegó la orden de protección al amparo de la Ley 121, *supra*, por concluir que "no quedó demostrado que la adulta mayor este [sic] ante la probabilidad de un riesgo inmediato de maltrato físico, mental, psicológico, haya sido víctima de maltrato o negligencia o de ser víctima de cualquier delito según descritos en la ley". Tampoco encontró incurso en desacato a Pedro González por el alegado incumplimiento al estado provisional de derecho.

El estado provisional de derecho vigente dispone:

"1. Las partes no podrán comunicarse ni intervenir entre sí.

2. La peticionada deberá reubicar el tiro de la cámara de seguridad que tiene ubicada en una Palma; de tal forma que, no grabe la propiedad privada del peticionario o invada la privacidad de este en su hogar y los alrededores."

El 7 de enero de 2025, la Sra. Carmen Quiñones Lugo presentó "Moción por derecho propio-Desacato". En la referida moción solicitó una "orden de protección por desacato". Alegó que por alrededor de dos semanas el Sr. Pedro González estuvo "rodeando" su propiedad de "manera sospechosa". Alegó que el 6 de enero de 2025 a las 12:00 del mediodía se percató que una verja estaba "destrozada" y sospechó del Sr. González. Alegó que sentía temor por su seguridad. Alegó que el Sr. González estaba desviando el "agua de lluvia" directamente a su casa causándole daños a la casa y al terreno. Finalmente, que el Sr. González no ha limpiado el lado del terreno que le corresponde según la Orden del Tribunal.

El Tribunal determinó citar el caso para una Vista de desacato ante el alegado incumplimiento con el estado provisional de derecho. Quedo señalada

2

para el 27 de enero de 2025. Ante situación de salud de los querellados la vista fue transferida para el 26 de febrero de 2025.

## II.    VISTA DE DESACATO

Durante la Vista de desacato fue escuchado el testimonio de las partes. La Sra. Carmen Quiñones Lugo alegó que le tiraron un palo de mango encima de su verja en junio de 2024. Alegó que en julio de 2024 los querellados redirigieron aguas hacia su casa y que en enero 2025 "grabó" al Sr. González en la verja la cual encontró rota y tuvo que repararla. La Sra. Quiñones Lugo le imputa responsabilidad al Sr. González ante una culebra que encontró en su patio porque este realizó labores de limpieza el 31 de enero de 2025. Reconoce que no han intervenido entre sí y que no tienen ninguna comunicación. Teme por su vida.

El Sr. González niega ser el responsable de los daños en la verja. Posee desagües en su hogar que van directamente al sistema de alcantarillado. Sostiene que la Sra. Quiñones Lugo lo graba constantemente, así como a su visita. No tiene paz en su propio hogar. La Sra. Navarro Hatch presentó dos fotografías de la cámara de seguridad de la Sra. Quiñones Lugo la cual sigue colocada en una palma y se mantiene dirigido el tiro hacia el hogar de los peticionados. Objeta que la Sra. Quiñones Lugo esté pendiente a ellos en todo momento, así como a su visita y que les tome fotos y videos. A pesar de ello, no han reaccionado ni presentado querellas ante la Policía tampoco moción en solicitud de desacato ante el Tribunal.

Aquilatada la prueba y dirimida la credibilidad que nos mereció el testimonio de las partes, así como el *demeanor* mostrado el Tribunal declara **No Ha Lugar** la solicitud de la Sra. Quiñones Lugo.

Somos del criterio que la Sra. Quiñones Lugo no aportó prueba suficiente, creíble y convincente de que el Sr. González y la Sra. Navarro hayan incumplido el estado provisional de derecho. Por el contrario, la prueba tiende a demostrar que es esta quien se mantiene vigilante y atenta a cualquier movimiento desde el hogar de sus vecinos intentando generar conflictos innecesarios.

Ninguna de las partes puede pretender controlar la vida del otro en comunidad como tampoco mantenerles cautivos. Cada uno tiene derecho a disfrutar de su propiedad respetando la paz y tranquilidad del otro. Se les exhorta a realizar un ejercicio de introspección para identificar los asuntos que deban procurar atender y mejorar comportándose a la altura de lo que requiere la vida en comunidad.

**NOTIFIQUESE.**

En Humacao, Puerto Rico a 26 de febrero de 2025 reducido a escrito el 6 de marzo de 2025.

**ENID CRISTINA RIVERA GARCIA**
**Juez Municipal**

4



Carmen Quiñones <cquinones1105@gmail.com>

**NOTIFICACIÓN**
1 mensaje

**Sonia Del Valle Cruz** <Sonia.DelValle@poderjudicial.pr>    28 de febrero de 2025, 10:17
Para: Sonia Del Valle Cruz <Sonia.DelValle@poderjudicial.pr>, "lic.pablolugo@pablolugolaw.com" <cquinones1105@gmail.com>, "lic.pablolugo@pablolugolaw.com"
<lic.pablolugo@pablolugolaw.com>

NOTA: Se enmienda una de las notificaciones para corregir la fecha de la orden emitida.



**Poder Judicial de Puerto Rico**
Región Judicial de Humacao

*Sonia M. del Valle Cruz*

**From:** Sonia Del Valle Cruz
**Sent:** viernes, 28 de febrero de 2025 11:30 a. m.
**To:** cquinones1105@gmail.com; lic.pablolugo@pablolugolaw.com
**Subject:** NOTIFICACIÓN

**Poder Judicial de Puerto Rico**
Región Judicial de Humacao

*Sonia M. del Valle Cruz*

Tec. Sistema Oficina Conf.

Sala de Investigaciones

Sonia.Delvalle@poderjudicial.pr

TEL: (787) 656-0010 Ext. 2660

Buenos días:

Le notifico dos ORDENES emitidas en el caso HUL1212023-01759 REL. HUL2842022-2036, por el (la) Hon. Enid C. Rivera García.

Aviso de confidencialidad: Este correo electrónico y cualquier documento adjunto contiene información propietaria, confidencial o privilegiada que pertenece a la Rama Judicial. Se advierte que cualquier divulgación, distribución, copia o acción relacionada al contenido de esta comunicación, sin la autorización del remitente está totalmente prohibida. Si usted no es el destinatario, debe destruir este mensaje y notificar al remitente o a la Oficina de Seguridad de los Sistemas al (787) 641-6363, Ext. 2772. La Rama Judicial ha tomado las precauciones necesarias para asegurar el envío del correo electrónico, libre de virus o contenido malicioso. No obstante, no podemos asegurar que así sea, por lo cual no nos hacemos responsables de cualquier daño atribuible al caso. _____ Confidentiality Note: This e-mail and any other document attached contain proprietary, confidential or privileged information that appertains to the Judicial Branch. You are to become aware that any dissemination or disclosure, distribution, copying or the taking of any action in reliance on the contents of this communication is strictly forbidden without the consent of the sender. If you are not the intended recipient, you should destroy this message and should notify the sender or the Systems Security Office at (787) 641-6363 Ext. 2772. The Judicial Branch has taken the necessary precautions to ensure the remittance of e-mail communications free of virus or any other malicious contents. However, we cannot assure that this could be the case, for which we disclaim any responsibility of any damage attributable thereto.

**HUL1212023-01759 (ENM.).pdf**
52K Visualizar como HTML Explorar y descargar

Estado Libre Asociado de Puerto Rico
TRIBUNAL GENERAL DE JUSTICIA
**Tribunal de Primera Instancia**
Sala ☒ Superior ☒ Municipal de    HUMACAO

| | |
|---|---|
| | CASO NÚM. HUL1212023-01759 |
| | Salón Núm.  REL.: HUL2842022-2036 |

CARMEN QUIÑONES LUGO
Parte Peticionaria
v.
EVELYN FONSECA BÁEZ
Parte Peticionada

Sobre:   LEY 121

**NOTIFICACIÓN**
**Enmendada**

A: -CARMEN QUIÑONES LUGO - cquinones1105@gmail.com

-EVELYN FONSECA BÁEZ P/C LCDO. PABLO LUGO LEBRÓN -
lic.pablolugo@pablolugolaw.com

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al (a la):

☐ Moción de Enmiendas o Determinaciones Iniciales o Adicionales

☐ Moción de Reconsideración

☐ Moción de Nuevo Juicio

☐ Moción de Reconsideración y de Enmiendas o Determinaciones Iniciales o Adicionales

☐ Moción de Reconsideración y/o Enmiendas o Determinaciones Iniciales o Adicionales y Nuevo Juicio

☒ Moción:  POR DERECHO PROPIO

☐ Caso de Epígrafe

este Tribunal emitió una   Orden   el  24  de  febrero  de  2025 .

  ☐ Se aneja copia o incluye enlace: _____

  ☒ Se transcribe la determinación a continuación:
Ha Lugar.Se transfiere por situación de salud de la Sra. Quiñones Lugo para el 5-marzo-2025 a las 10:00 am. Se deja sin efecto vista de 25-feb.-2025, en el caso HUL2842022-2036.

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a esta Orden, usted puede presentar un recurso de apelación, revisión o certiorari, de conformidad con el procedimiento y en el término establecido por ley, regla o reglamento. aplicable.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y archivada hoy  28  de  febrero  de  2025 , y que se envió copia de esta notificación a las personas antes indicadas, a sus direcciones registradas en el caso conforme a la normativa aplicable. En esta misma fecha fue archivada en autos copia de esta notificación.

Notas de la Secretaría:  Se enm. a los fines de corregir fecha.  f/HON. ENID C. RIVERA GARCÍA

En  HUMACAO , Puerto Rico, a  28  de  febrero  de  2025 .

| EVELYN FELIX VÁZQUEZ | Por: f/ SONIA M. DEL VALLE CRUZ |
|---|---|
| Nombre del (de la) Secretario(a) Regional | Nombre y Firma del (de la) Secretario(a) Auxiliar del Tribunal |

OAT 1812 Formulario Único de Notificación – Sentencias, Resoluciones, Órdenes y Minutas
(Rev. Enero 2017)                Página 1 de 1

Estado Libre Asociado de Puerto Rico
**TRIBUNAL GENERAL DE JUSTICIA**
**Tribunal de Primera Instancia**
Sala ☒ Superior ☒ Municipal de ___HUMACAO___

CASO NÚM. HUL1212023-01759 _____
Salón Núm.  REL.: HUL2842022-2036 _____

CARMEN QUIÑONES LUGO _____
Parte Peticionaria
v.
EVELYN FONSECA BÁEZ _____
Parte Peticionada

Sobre:  LEY 121 _____

**NOTIFICACIÓN**

A: -CARMEN QUIÑONES LUGO - cquinones1105@gmail.com

-EVELYN FONSECA BÁEZ P/C LCDO. PABLO LUGO LEBRÓN -
lic.pablolugo@pablolugolaw.com

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al (a la):

☐ Moción de Enmiendas o Determinaciones Iniciales o Adicionales

☐ Moción de Reconsideración

☐ Moción de Nuevo Juicio

☐ Moción de Reconsideración y de Enmiendas o Determinaciones Iniciales o Adicionales

☐ Moción de Reconsideración y/o Enmiendas o Determinaciones Iniciales o Adicionales y Nuevo Juicio

☒ Moción:  POR DERECHO PROPIO _____

☐ Caso de Epígrafe

este Tribunal emitió una ____Orden____ el __27__ de ___enero___ de __2025__ .

☐ Se aneja copia o incluye enlace: _____

☒ Se transcribe la determinación a continuación:
Ha Lugar.Se transfiere por situación de salud de la Sra. Quiñones Lugo para el 5-marzo-2025 a las 10:00 am.  Se deja sin efecto vista de 25-feb.-2025, en el caso HUL2842022-2036.

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a esta Orden, usted puede presentar un recurso de apelación, revisión o certiorari, de conformidad con el procedimiento y en el término establecido por ley, regla o reglamento. aplicable.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y archivada hoy __28__ de ___febrero___ de __2025__ , y que se envió copia de esta notificación a las personas antes indicadas, a sus direcciones registradas en el caso conforme a la normativa aplicable.  En esta misma fecha fue archivada en autos copia de esta notificación.

Notas de la Secretaría: _____ f/HON. ENID C. RIVERA GARCÍA _____

En  HUMACAO _____ , Puerto Rico, a __28__ de ___febrero___ de __2025__ .

EVELYN FELIX VÁZQUEZ _____
Nombre del (de la)
Secretario(a) Regional

Por: f/ SONIA M. DEL VALLE CRUZ _____
Nombre y Firma del (de la)
Secretario(a) Auxiliar del Tribunal

OAT 1812 Formulario Único de Notificación – Sentencias, Resoluciones, Órdenes y Minutas
(Rev. Enero 2017)                                    Página 1 de 1

Estado Libre Asociado de Puerto Rico
TRIBUNAL GENERAL DE JUSTICIA
**Tribunal de Primera Instancia**
Sala ☒ Superior ☒ Municipal de _____HUMACAO_____

CASO NÚM. HUL1212023-01759 _____
Salón Núm. REL.: HUL2842022-2036 ___ .

CARMEN QUIÑONES LUGO
Parte Peticionaria
v.
EVELYN FONSECA BÁEZ
Parte Peticionada

Sobre: LEY 121

**NOTIFICACIÓN**

A: -CARMEN QUIÑONES LUGO - cquinones1105@gmail.com

-EVELYN FONSECA BÁEZ P/C LCDO. PABLO LUGO LEBRÓN -
lic.pablolugo@pablolugolaw.com

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al (a la):

☐ Moción de Enmiendas o Determinaciones Iniciales o Adicionales

☐ Moción de Reconsideración

☐ Moción de Nuevo Juicio

☐ Moción de Reconsideración y de Enmiendas o Determinaciones Iniciales o Adicionales

☐ Moción de Reconsideración y/o Enmiendas o Determinaciones Iniciales o Adicionales y Nuevo Juicio

☒ Moción: POR DERECHO PROPIO _____

☐ Caso de Epígrafe

este Tribunal emitió una ____Orden____ el __27__ de ____enero____ de __2025__ .

☐ Se aneja copia o incluye enlace: _____

☒ Se transcribe la determinación a continuación:
Cítese a vista de mostrar causa para el 5 de marzo de 2025 por conducto de Alguaciles en el caso HUL2842022-02036.    f/HON. ENID C. RIVERA GARCÍA

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a esta Orden, usted puede presentar un recurso de apelación, revisión o certiorari, de conformidad con el procedimiento y en el término establecido por ley, regla o reglamento. aplicable.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y archivada hoy __28__ de ____febrero____ de __2025__ , y que se envió copia de esta notificación a las personas antes indicadas, a sus direcciones registradas en el caso conforme a la normativa aplicable. En esta misma fecha fue archivada en autos copia de esta notificación.

Notas de la Secretaría: _____

En __HUMACAO__ , Puerto Rico, a __28__ de ____febrero____ de __2025__ .

EVELYN FELIX VÁZQUEZ
Nombre del (de la)
Secretario(a) Regional

Por:f/ SONIA M. DEL VALLE CRUZ
Nombre y Firma del (de la)
Secretario(a) Auxiliar del Tribunal

OAT 1812 Formulario Único de Notificación – Sentencias, Resoluciones, Órdenes y Minutas

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
SALA MUNICIPAL DE HUMACAO

EVELYN FONSECA BÁEZ
PARTE PETICIONARIA

VS.

CARMEN QUIÑONES
PARTE PETICIONADA

CASO NÚM.: HUL2842022-02036

SOBRE: LEY 284

## MOCIÓN SOLICITANDO TRANSFERENCIA DE VISTA Y ENLACE

AL HONORABLE TRIBUNAL:

COMPARECE la parte peticionaria de epígrafe Evelyn Fonseca Báez, por conducto de su abogado que suscribe, quien muy respetuosamente ante este Honorable Tribunal, EXPONE, ALEGA y SOLICITA:

1. Que el caso de epígrafe tiene vista señalada para el 5 de marzo de 2025 a las 10:00 am.

2. Que el abogado suscribiente para este mismo día y hora tiene una reunión ante la ASUME en el caso núm.: 0486766 de Lorena Cuadrado Álvarez vs. Jesús M. Hernández Lugo. (véase citación adjunta).

3. Que se solicita se transfiera el caso para una de las siguientes fechas hábiles para el abogado suscribiente: 12 de marzo de 2025 a las 9:30 am, 13 de marzo de 2025 a las 9:30 am y/o 14 de marzo de 2025 a las 10:00 am, preferiblemente que la vista se vea mediante videoconferencia.

4. Que solicitamos que el caso se vea por videoconferencia y se nos notifique a nuestro correo electrónico el enlace para acceder a la misma.

POR TODO LO CUAL se solicita de este Honorable Tribunal declare HA LUGAR la presente moción, se transfiera la vista y nos envíen el enlace, con cualquier otro pronunciamiento que en derecho proceda.

CERTIFICO: haber enviado copia fiel y exacta de la presente moción a la parte peticionada a su correo electrónico: cquinones1105@gmail.com.

RESPETUOSAMENTE SOMETIDA.

En Humacao, Puerto Rico hoy día 28 de febrero de 2025.

LCDO. PABLO LUGO LEBRÓN
RÚA 8846/COL. 10038
URB. REPARTO MENDOZA
CALLE 3, A-1
P.O. BOX 8051
HUMACAO, PUERTO RICO 00792
TELS.: (787) 850-4130/4131
FAX: (787) 850-8720
EMAIL: lic.pablolugo@pablolugolaw.com

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE INVESTIGACIONES DE HUMACAO

_CARMEN QUIÑONES LUGO_
**PARTE QUERELLANTE / PARTE PETICIONARIA**

CASO NÚM. _HUL 12/2023-01759_
_HUL 2842022-02036_

Vs.

SOBRE: _LAY 121 Y LNY 284_

_EVELYN FONSECA BAEZ_
**PARTE QUERELLADA / PARTE PETICIONADA**

# MOCION POR DERECHO PROPIO

**AL HONORABLE TRIBUNAL:**

Comparece por la parte ☒ peticionaria / querellante _CARMEN QUIÑONES LUGO_
☐ parte peticionada / querellada, _____ ☐ otra
_CARMEN QUIÑONES LUGO_ y muy respetuosamente expone, alega

y solicita: _Moción por Trato Desigual y Solicitud De_
_Cambio De Tribunal A Fajardo._
_Honorable Tribunal, Yo Carmen Quiñones Lugo,_
_Comparezco respetuosamente Ante Honorable Tribunal_
_Para presentar Esta Moción en la cual Expongo la_
_falta de equidad en la programación de audiencias_
_en los casos mencionado, y solicito la reasignación_
_del mismo a otro Tribunal en Fajardo y la_
_pronta reprogramación de mi audiencia de_
_desacato del caso #1212023-01759._
_Hechos:_
_1. presente' una moción de desacato en contra_
_de la parte querellada En Noviembre 2024._
_Sin Embargo, mi audiencia no fue programada. Sino_

**CERTIFICO**: Que he notificado copia de la presente moción a:

_____

a su dirección:

_____
_____
_____

_*** Agradezco La Atención A Esta Solicitud_
_y quedo A disposición del Tribunal para_
_Cualquier Aclaración Adicional._
_Atentamente, CARMEN QUIÑONES_

Página 1 de 2

CASO NUMERO: HuL 1212-023-01759  y HuL 2842022 -02036
MOCION POR DERECHO PROPIO

En Humacao, Puerto Rico a 28 de Febrero de 2025.

_____
(Firma)

Dirección Postal: HC 02 Box 8184
_____ YAbucca, PR 00767
Correo Electrónico: CRuinones1105@gmail.com
Teléfono: 787-449-5541

* hasta el 25 Febrero del 2025, y solo después de
presentar una moción adicional solicitando fecha.

2. Por razones medicas, Tuve que Solicitar un
cambio de fecha para dicha Audiencia, quedando
a la espera de una Nueva fecha de programación.

3. En el 25 de Febrero del 2025, fui notificada de
una nueva querella presentada En mi contra, cuya
Audiencia fue programada de Enmediato para
el 5 de marzo del 2025, mientras mi moción de
desacato Sigue Sin fecha confirmada.

4. Esta situación evidencia un Trato desigual y
parcializado, ya que su querella ha sido
Atendida de manera Enmediata, mientras que
la mia ha sido postergada injustificada mente,
Efectando mi derecho a un proceso justo y
Equitativo.

Solicitud: Por lo Expuesto, Solicito respetuosamente
que: 1. Se Provee la programación de la Audiencia
de desacato presentada por mi persona, garantizando
un Trato equitativo.
    2. Que Ambos casos, Sean Transferido a otro
    Tribunal en Fajard.                              Página 2 de 2
    3. Se brinde una Explicación formal sobre la
    diferencia en el Trato de Ambos casos y los
    criterios utilizados para la programación de
    Audiencias. ***

Estado Libre Asociado de Puerto Rico
**TRIBUNAL GENERAL DE JUSTICIA**
**Tribunal de Primera Instancia**
Sala ☐ Superior ☒ Municipal de ___Humacao___

|  |  |
|---|---|
| ___EVELYN FONSECA BAEZ___<br>*Parte Peticionaria*<br>v.<br>___CARMEN QUIÑONES LUGO___<br>*Parte Peticionada* | Caso Núm.  HUL2842022-02036<br><br>Sobre: ☐ violencia doméstica (Ley 54)<br>☐ violencia sexual (Ley 148)<br>☐ protección de menores (Ley 57)<br>☐ protección de adultos(as) mayores (Ley 121)<br>☒ acecho (Ley 284)<br>☐ Carta de Derechos del Estudiante (Ley 195)<br>☐ Controversias y Estados Provisionales de Derecho (Ley 140)<br>☐ otro: |

**CITACIÓN**

A:  Carmen Quiñones Lugo- cquinones1105@gmail.com   (VISTA DE MOSTRAR CAUSA)

Dirección:  Bo. Playa Guayanés, Carr. 3 R906 K 4H5, después de la Iglesia Católica, pasando la tercera entrada, la primera casa a la izquierda frente a la Iglesia Pentecostal

Puntos de Referencia: Pastora Marta Cruz

Teléfono:  ( __787__ )   __449__ - __5541__

Se cita para que comparezca ante este Tribunal en el lugar, fecha y hora indicada más adelante, para que preste declaración en relación con el caso de epígrafe. Se le apercibe que, de no comparecer a esta vista, el Tribunal podrá anotarle la rebeldía y conceder los remedios solicitados o cualquier otro remedio que proceda en derecho; podrá encontrarle incurso en desacato y ordenar su arresto.

| La Vista se celebrará: | ☒ por videoconferencia[1]<br>☒ presencial[2] | Fecha: 5/MARZO/2025<br>(d/m/a) | Hora:  10:00 | ☒ a.m.<br>☐ p.m. |
|---|---|---|---|---|

[1]*Por videoconferencia: Para poder participar de la Vista deberá presentar una moción informando la dirección del correo electrónico a donde se le enviará la invitación o enlace para acceder a la vista. De igual forma, de no contar con las herramientas tecnológicas para la celebración de una videoconferencia, deberá informarlo de inmediato al Tribunal para coordinar su comparecencia. La videoconferencia es el equivalente a una vista presencial en el Tribunal por lo que los (las) abogados(as) y partes deberán observar las normas de comportamiento y rigor en la discusión de los asuntos con la solemnidad acostumbrada. De tener alguna pregunta puede comunicarse con la línea de apoyo de la Oficina de Educación y Relaciones con la Comunidad de la Oficina de Administración de los Tribunales al (787) 641-6263.*

[2]*Presencial: De citarse la vista de manera presencial, deberá presentarse en el Tribunal de Primera Instancia Sala de ___Humacao___, salón de sesiones número ___ en la fecha y hora indicada.*

Se le advierte que, si alguna de las partes del caso de epígrafe, es menor de edad o persona incapacitada judicialmente, deberá comparecer a la vista representado(a) por su madre, padre o tutor(a) legal, según corresponda.

Se le advierte su derecho a comparecer acompañado(a) de un(a) abogado(a).

Podrá presentar documentos relacionados con este proceso, accediendo al Tribunal Electrónico en la siguiente dirección: https://poderjudicial.pr/tribunal-electronico/.

Notifíquese por orden del Tribunal.

Expedido bajo mi firma y sello del Tribunal en  ___Humacao___ , Puerto Rico el  __25__ de  __febrero__ de  __2025__ .

| ___EVELYN FELIX VAZQUEZ___<br>*Nombre del (de la)*<br>*Secretario(a) Regional* | Por: ___NAYMA PINTO RAMOS___<br>*Nombre del (de la)*<br>*Secretario(a) Auxiliar del Tribunal*<br><br>f:/ NAYMA PINTO RAMOS<br>*Firma del (de la)*<br>*Secretario(a) Auxiliar del Tribunal* |
|---|---|

Estado Libre Asociado de Puerto Rico
TRIBUNAL GENERAL DE JUSTICIA
**Tribunal de Primera Instancia**
Sala ⊠ Superior ⊠ Municipal de ___HUMACAO___

CASO NÚM. HUL1212023-01759
Salón Núm. REL.: HUL2842022-2036

___CARMEN QUIÑONES LUGO___
Parte Peticionaria
v.
___EVELYN FONSECA BÁEZ___
Parte Peticionada

Sobre:    LEY 121

## NOTIFICACIÓN

A: -CARMEN QUIÑONES LUGO - cquinones1105@gmail.com

-EVELYN FONSECA BÁEZ P/C LCDO. PABLO LUGO LEBRÓN -
lic.pablolugo@pablolugolaw.com

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al (a la):

☐ Moción de Enmiendas o Determinaciones Iniciales o Adicionales

☐ Moción de Reconsideración

☐ Moción de Nuevo Juicio

☐ Moción de Reconsideración y de Enmiendas o Determinaciones Iniciales o Adicionales

☐ Moción de Reconsideración y/o Enmiendas o Determinaciones Iniciales o Adicionales y Nuevo Juicio

⊠ Moción:  POR DERECHO PROPIO

☐ Caso de Epígrafe

este Tribunal emitió una ___Orden___ el _10_ de ___marzo___ de _2025_ .

⊠ Se aneja copia o incluye enlace:  ORDEN

☐ Se transcribe la determinación a continuación:

___f/HON. ENID C. RIVERA GARCÍA___

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a esta Orden, usted puede presentar un recurso de apelación, revisión o certiorari, de conformidad con el procedimiento y en el término establecido por ley, regla o reglamento. aplicable.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y archivada hoy _10_ de ___marzo___ de _2025_ , y que se envió copia de esta notificación a las personas antes indicadas, a sus direcciones registradas en el caso conforme a la normativa aplicable. En esta misma fecha fue archivada en autos copia de esta notificación.

Notas de la Secretaría: _____

En ___HUMACAO___ , Puerto Rico, a _10_ de ___marzo___ de _2025_ .

___EVELYN FELIX VÁZQUEZ___
Nombre del (de la)
Secretario(a) Regional

Por: f/ SONIA M. DEL VALLE CRUZ
Nombre y Firma del (de la)
Secretario(a) Auxiliar del Tribunal

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
REGIÓN JUDICIAL DE HUMACAO
**SALA MUNICIPAL DE HUMACAO**

| | |
|---|---|
| **CARMEN QUIÑONES LUGO**<br>Parte Peticionaria / Parte Querellante | CASO NÚM: **HUL1212023-01759** |
| Vs.<br>**EVELYN FONSECA BÁEZ**<br>Parte Peticionada / Parte Querellada | SOBRE:    **LEY 121** |
| **EVELYN FONSECA BÁEZ**<br>Parte Peticionaria / Parte Querellante | CASO NÚM: **HUL2842022-02036** |
| Vs.<br>**CARMEN QUIÑONES LUGO**<br>Parte Peticionada / Parte Querellada | SOBRE:    **LEY 284** |

# ORDEN

Atendida la "Moción por derecho Propio" presentada por la Sra. Carmen Quiñones el 28 de febrero de 2025, el Tribunal determina lo siguiente:

1. Nada que proveer.  Lo alegado por la Sra. Quiñones no está sustentado por el expediente.

2. El único caso activo a la fecha es el HUL2842022-02036. El caso HUL1212023-01759 fue archivado desde el 18 de diciembre de 2023.

3. En lo sucesivo no se aceptarán escritos en el caso HUL1212023-01759 tampoco que no hayan sido notificados a la otra parte.

4. La vista de desacato está señalada para el 14 de marzo de 2025 a las 10:00 am en el caso HUL2842022-02036.  La parte que alegue incumplimiento deberá contar con prueba clara y robusta que sustente las alegaciones. (Véase inciso 3-Resolución del 18 de diciembre de 2023 notificada y archivada en autos el 21 de diciembre de 2023.)

5. Se le exhorta a consultar con abogados.

**NOTIFÍQUESE Y REGISTRESE.**

En Humacao, Puerto Rico a 10 de marzo de 2025.

**ENID CRISTINA RIVERA GARCIA**
Juez Municipal

mms

Estado Libre Asociado de Puerto Rico
TRIBUNAL GENERAL DE JUSTICIA
**Tribunal de Primera Instancia**
Sala ☐ Superior ☒ Municipal de ___HUMACAO___

CASO NÚM. __HUL1212024-01986__
Salón Núm. _____

CARMEN QUIÑONES LUGO
Parte Peticionaria
v.
PEDRO GONZÁLEZ
ZENAIDA NAVARRO HATCH
Parte Peticionada

Sobre: __LEY 121__

**NOTIFICACIÓN**

A: -CARMEN QUIÑONES LUGO P/C LCDO. JOEL ALICEA SANTA - jaliceasanta@gmail.com

-LCDO. MICHAEL ANTHONY CASCIANO KOTICK - michael.casciano@upr.edu

-PEDRO GONZÁLEZ & ZENAIDA NAVARRO HATCH - amadiskamila@gmail.com

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al (a la):

☐ Moción de Enmiendas o Determinaciones Iniciales o Adicionales
☐ Moción de Reconsideración
☐ Moción de Nuevo Juicio
☐ Moción de Reconsideración y de Enmiendas o Determinaciones Iniciales o Adicionales
☐ Moción de Reconsideración y/o Enmiendas o Determinaciones Iniciales o Adicionales y Nuevo Juicio
☒ Moción: DERECHO PROPIO
☐ Caso de Epígrafe

este Tribunal emitió una __Orden__ el __13__ de __marzo__ de __2025__.

☐ Se aneja copia o incluye enlace: _____
☒ Se transcribe la determinación a continuación:
Exponga posición la parte peticionaria sobre el alegado incumplimiento. Se conceden diez (10) días.                    f/HON. ENID C. RIVERA GARCÍA

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a esta Orden, usted puede presentar un recurso de apelación, revisión o certiorari, de conformidad con el procedimiento y en el término establecido por ley, regla o reglamento aplicable.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y archivada hoy __13__ de __marzo__ de __2025__, y que se envió copia de esta notificación a las personas antes indicadas, a sus direcciones registradas en el caso conforme a la normativa aplicable. En esta misma fecha fue archivada en autos copia de esta notificación.

Notas de la Secretaría: _____

En __HUMACAO__, Puerto Rico, a __13__ de __marzo__ de __2025__.

_____EVELYN FÉLIX VÁZQUEZ_____
Nombre del (de la)
Secretario(a) Regional

Por: f/ SONIA M. DEL VALLE CRUZ
Nombre y Firma del (de la)
Secretario(a) Auxiliar del Tribunal

Lorima Barreto Vincenti

 **Gmail**                                                    **Carmen Quinones <csrhomes1@gmail.com>**

## NOTIFICACIÓN
1 message

**Sonia Del Valle Cruz** <Sonia.DelValle@poderjudicial.pr>                    Tue, Apr 22, 2025 at 6:45 AM
To: "csrhomes1@gmail.com" <csrhomes1@gmail.com>, "jaliceasanta@gmail.com" <jaliceasanta@gmail.com>,
"michael.casciano@upr.edu" <michael.casciano@upr.edu>, "amadiskamila@gmail.com" "amadiskamila@gmail.com>

**NOTA:  Se enmienda la notificación a los efectos de corregir el correo electrónico de la peticionaria.**

**From:** Sonia Del Valle Cruz
**Sent:** viernes, 21 de marzo de 2025 9:35 a. m.
**To:** cquinones1105@gmail.com; jaliceasanta@gmail.com; michael.casciano@upr.edu;
amadiskamila@gmail.com
**Subject:** NOTIFICACIÓN

       Poder Judicial de Puerto Rico
                           Region Judicial de Humacao

                           *Sonia M. del Valle Cruz*

                           *Tec. Sistema Oficina Conf.*

                           *Sala de Investigaciones*

                           *Sonia.Delvalle@poderjudicial.pr*

                           *TEL: (787) 656-0010 Ext. 2660*

                                                              Buenos días:

Le notifico una ORDEN emitida en el caso HUL1212024-01986, por el (la) Hon. Enid C. Rivera García.

Aviso de confidencialidad: Este correo electrónico y cualquier documento adjunto contiene información propietaria, confidencial o privilegiada que pertenece a la Rama Judicial. Se advierte que cualquier divulgación, distribución, copia o acción relacionada al contenido de esta comunicación, sin la autorización del remitente está totalmente prohibida. Si usted no es el destinatario, debe destruir este mensaje y notificar al remitente o a la Oficina de Seguridad de los Sistemas al (787) 641-6363, Ext. 2772. La Rama Judicial ha tomado las precauciones necesarias para asegurar el envío del correo electrónico, libre de virus o contenido malicioso. No obstante, no podemos asegurar que así sea, por lo cual no nos hacemos responsables de cualquier daño atribuible al caso. _____ Confidentiality Note: This e-mail and any other document attached contain proprietary, confidential or privileged information that appertains to the Judicial Branch. You are to become aware that any dissemination or disclosure, distribution, copying or the taking of any action in reliance on the contents of this communication is strictly forbidden without the consent of the sender. If you are not the intended recipient, you should destroy this message and should notify the sender or the Systems Security Office at (787) 641-6363 Ext. 2772. The Judicial Branch has taken the necessary precautions to ensure the remittance of e-mail communications free of virus or any other malicious contents. However, we cannot assure that this could be the case, for which we disclaim any responsibility of any damage attributable thereto.

**4 attachments**

HUL1212024-01986.pdf
60K

HUL1212024-01986.pdf
70K

HUL1212024-01986 NOTIFICACIÓN ENM. (2).pdf
62K

HUL1212024-01986 NOTIFICACIÓN ENM..pdf
80K

Estado Libre Asociado de Puerto Rico
TRIBUNAL GENERAL DE JUSTICIA
**Tribunal de Primera Instancia**
Sala ☐ Superior ☒ Municipal de ____HUMACAO____

CASO NÚM. HUL1212024-01986 _____
Salón Núm. _____

CARMEN QUIÑONES LUGO
Parte Peticionaria
v.
PEDRO GONZÁLEZ
ZENAIDA NAVARRO HATCH
Parte Peticionada

Sobre:    LEY 121 _____

## NOTIFICACIÓN

A: -CARMEN QUIÑONES LUGO - cquinones1105@gmail.com

   -LCDO. JOEL ALICEA SANTA - jaliceasanta@gmail.com

   -LCDO. MICHAEL ANTHONY CASCIANO KOTICK - michael.casciano@upr.edu

   -PEDRO GONZÁLEZ & ZENAIDA NAVARRO HATCH - amadiskamila@gmail.com

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al (a la):

☐ Moción de Enmiendas o Determinaciones Iniciales o Adicionales

☐ Moción de Reconsideración

☐ Moción de Nuevo Juicio

☐ Moción de Reconsideración y de Enmiendas o Determinaciones Iniciales o Adicionales

☐ Moción de Reconsideración y/o Enmiendas o Determinaciones Iniciales o Adicionales y Nuevo Juicio

☒ Moción:  DERECHO PROPIO _____

☐ Caso de Epígrafe

este Tribunal emitió una ____Orden____ el __19__ de ____marzo____ de __2025__ .

   ☒ Se aneja copia o incluye enlace:  ORDEN _____

   ☐ Se transcribe la determinación a continuación:

   _____
                    f/HON. ENID C. RIVERA GARCÍA

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a esta Orden, usted puede presentar un recurso de apelación, revisión o certiorari, de conformidad con el procedimiento y en el término establecido por ley, regla o reglamento. aplicable.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y archivada hoy __21__ de ____marzo____ de ___2025___ , y que se envió copia de esta notificación a las personas antes indicadas, a sus direcciones registradas en el caso conforme a la normativa aplicable. En esta misma fecha fue archivada en autos copia de esta notificación.

Notas de la Secretaría: _____

En __HUMACAO__ , Puerto Rico, a __21__ de ____marzo____ de __2025__ .

EVELYN FÉLIX VÁZQUEZ                Por: f/ SONIA M. DEL VALLE CRUZ
Nombre del (de la)                         Nombre y Firma del (de la)
Secretario(a) Regional                    Secretario(a) Auxiliar del Tribunal

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
**SALA DE INVESTIGACIONES DE HUMACAO**

| | |
|---|---|
| CARMEN QUIÑONES LUGO<br>Parte Peticionaria<br><br>Vs.<br><br>PEDRO GONZÁLEZ<br>ZENAIDA NAVARRO HATCH<br>Parte Peticionada | Querella Núm. HUL1212024-01986<br><br><br>Sobre: LEY 121 |

# ORDEN

A la Moción por Derecho Propio presentada por la parte

peticionaria, el Tribunal dispone lo siguiente:

    I.   Secretaría, incluya nuevo correo electrónico de

        la parte peticionaria en el caso HUL1212024-01986.

    II.  Nada que proveer en cuanto al otro caso

        incluido en el epígrafe.

NOTIFIQUESE.

En Humacao, Puerto Rico, a 19 de marzo de 2025.


HON. ENID CRISTINA RIVERA GARCÍA
JUEZ MUNICIPAL


/sdc

Formulario OAT 1812
Rev. Marzo 2025
Página 1 de 2

Estado Libre Asociado de Puerto Rico
**TRIBUNAL GENERAL DE JUSTICIA**
**Tribunal de Primera Instancia**
Sala ☐ Superior ☒ Municipal de ___HUMACAO___

|  |  |
|---|---|
|  | Caso Núm. __HUL1212024-01986__ |
|  | Salón Núm. _____ |
| CARMEN QUIÑONES LUGO | |
| Parte Peticionaria | Sobre: __LEY 121__ |
| v. | |
| PEDRO GONZÁLEZ | |
| ZENAIDA NAVARRO HATCH | |
| Parte Peticionada | |

**NOTIFICACIÓN**
**Enmendada**

A: -CARMEN QUIÑONES LUGO - csrhomes1@gmail.com

-LCDO. JOEL ALICEA SANTA - jaliceasanta@gmail.com

-LCDO. MICHAEL ANTHONY CASCIANO KOTICK - michael.casciano@upr.edu

-PEDRO GONZÁLEZ & ZENAIDA NAVARRO HATCH - amadiskamila@gmail.com

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al (a la):

☐ Moción de Enmiendas o Determinaciones Iniciales o Adicionales

☐ Moción de Reconsideración

☐ Moción de Nuevo Juicio

☐ Moción de Reconsideración y de Enmiendas o Determinaciones Iniciales o Adicionales

☐ Moción de Reconsideración y/o Enmiendas o Determinaciones Iniciales o Adicionales y Nuevo Juicio

☒ Moción: __DERECHO PROPIO__

☐ Caso de Epígrafe

este Tribunal emitió una _____Orden_____ el __19__ de __marzo__ de __2025__.

☒ Se aneja copia o incluye enlace: __ORDEN__

☐ Se transcribe la determinación a continuación:

f/HON. ENID C. RIVERA GARCÍA

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a esta ___Orden___ usted puede presentar un recurso de apelación, revisión o certiorari, de conformidad con el procedimiento y en el término establecido por ley, regla o reglamento aplicable.

☐ Lo aquí notificado es una enmienda *nunc pro tunc*, por lo que los términos para presentar recursos de apelación, revisión o *certiorari* no se verán afectados por esta notificación.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y archivada hoy __22__ de ___abril___ de __2025__, y que se envió copia de esta notificación

Formulario OAT 1812
Rev. Marzo 2025

Página 2 de 2

Caso Núm. <u>HUL1212024-01986</u>

Salón Núm. <u>                                    </u>

a las personas antes indicadas, a sus direcciones registradas en el caso conforme a la normativa aplicable. En esta misma fecha fue archivada en autos copia de esta notificación.

Notas de la Secretaría: <u>Se enmienda a los efectos de corregir el correo electrónico peticionaria.</u>

En <u>HUMACAO</u>, Puerto Rico, el <u>22</u> de <u>abril</u> de <u>2025</u>.

<u>f/EVELYN FÉLIX VÁZQUEZ</u>
☐ Nombre del (de la)
Secretario(a) Regional

<u>f/SONIA M. DEL VALLE CRUZ</u>
Nombre del (de la)
Secretario(a) Auxiliar del Tribunal

<u>                                    </u>
Firma del (de la)
Secretario(a) Auxiliar del Tribunal

Formulario OAT 1812
Rev. Marzo 2025

Estado Libre Asociado de Puerto Rico
**TRIBUNAL GENERAL DE JUSTICIA**
**Tribunal de Primera Instancia**
Sala ☐ Superior ☒ Municipal de    HUMACAO

Caso Núm.    HUL1212024-01986

Salón Núm.

CARMEN QUIÑONES LUGO
Parte Peticionaria
v.
PEDRO GONZÁLEZ
ZENAIDA NAVARRO HATCH
Parte Peticionada

Sobre:    LEY 121

**NOTIFICACIÓN**
**Enmendada**

A: -CARMEN QUIÑONES LUGO - csrhomes1@gmail.com

-LCDO. JOEL ALICEA SANTA - jaliceasanta@gmail.com

-LCDO. MICHAEL ANTHONY CASCIANO KOTICK - michael.casciano@upr.edu

-PEDRO GONZÁLEZ & ZENAIDA NAVARRO HATCH - amadiskamila@gmail.com

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al (a la):

☐ Moción de Enmiendas o Determinaciones Iniciales o Adicionales

☐ Moción de Reconsideración

☐ Moción de Nuevo Juicio

☐ Moción de Reconsideración y de Enmiendas o Determinaciones Iniciales o Adicionales

☐ Moción de Reconsideración y/o Enmiendas o Determinaciones Iniciales o Adicionales y
Nuevo Juicio

☒ Moción:  EN CUMPLIMIENTO DE ORDEN E INFORMATIVA

☐ Caso de Epígrafe

este Tribunal emitió una _____ Orden _____ el _____ 1 _____ de
abril _____ de 2025 _____.

☐ Se aneja copia o incluye enlace: _____

☒ Se transcribe la determinación a continuación:
PARTE PETICIONADA TENGA EL TÉRMINO DE (5) DIAS PARA NOTIFICAR COPIA DE LA
MOCIÓN DE DESACATO, SO PENA DE DARLA POR NO PRESENTADA.

f/HON. ENID C. RIVERA GARCÍA

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a
esta _____ Orden _____ usted puede presentar un recurso de
apelación, revisión o certiorari , de conformidad con el procedimiento y en el término establecido
por ley, regla o reglamento aplicable.

☐ Lo aquí notificado es una enmienda *nunc pro tunc*, por lo que los términos para presentar
recursos de apelación, revisión o *certiorari* no se verán afectados por esta notificación.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y archivada
hoy  22  de _____ abril _____ de  2025 , y que se envió copia de esta notificación

Formulario OAT 1812
Rev. Marzo 2025

Página 2 de 2

Caso Núm.  HUL1212024-01986
Salón Núm.  _____

a las personas antes indicadas, a sus direcciones registradas en el caso conforme a la normativa aplicable. En esta misma fecha fue archivada en autos copia de esta notificación.

Notas de la Secretaría:  Se enmienda a los efectos de corregir el correo electrónico peticionaria.

En  HUMACAO _____ , Puerto Rico, el  22  de  ____abril____ de  2025 .

| ____f/EVELYN FÉLIX VÁZQUEZ____ | ____f/SONIA M. DEL VALLE CRUZ____ |
|---|---|
| ☐ Nombre del (de la) | Nombre del (de la) |
| Secretario(a) Regional | Secretario(a) Auxiliar del Tribunal |

_____
Firma del (de la)
Secretario(a) Auxiliar del Tribunal

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE INVESTIGACIONES DE HUMACAO

Carmen Quinones Lugo
_____
PARTE QUERELLANTE / PARTE PETICIONARIA

CASO NÚM. HUL1212023-01759
HUL1212024-01986

Vs.

Evelyn Fonseca Baez
Pedro Gonzalez
_____
PARTE QUERELLADA / PARTE PETICIONADA

SOBRE: Ley 121

# MOCION POR DERECHO PROPIO

## AL HONORABLE TRIBUNAL:

Comparece por la parte [✓] peticionaria / querellante _____ [ ] otra:
[ ] parte peticionada / querellada, _____ y muy respetuosamente expone, alega
y solicita: Carmen Quinones Lugo

MOCION PARA QUE TODAS LAS Correspondencias,
Resoluciones Se Envié A CSRHomes1@gmail.com.
El correo Electronico de Quinones1105@gmail.en
No esta funcionando.

Muy Agradecida A Este Honorable Tribunal

Carmen Quinones Lugo
Tel. 787.449.5541
Email. CSRHomes1@gmail.com

**CERTIFICO:** Que he notificado copia de la presente moción a:
_____
_____
a su dirección:

M Gmail                                        **Carmen Quinones <csrhomes1@gmail.com>**

## Re: NOTIFICACIÓN Caso HUL1212024-01986

**Carmen Quinones <csrhomes1@gmail.com>**                    Tue, Apr 29, 2025 at 11:48 AM
To: Zenaida Navarro-Hatch <amadiskamila@gmail.com>

Saludos,

Por favor tenga en cuenta corrección a mi mensaje anterior. El tiro de la cámara fue correído después de la vista final del 20/02/2024 no en el 28/06/2024 como mencionado en mi mensaje anterior.

Respetuosamente,
Carmen Quinones Lugo


On Tue, Apr 29, 2025, 1:37 PM Carmen Quinones <csrhomes1@gmail.com> wrote:
   Estemada doña Zenaida

   Lo que me esta exigiendo ya se corrigio despues de la audiencia del 28 de junio de 2024. Luego se reviso despues de la audiencia del 26 de febrero de 2025. Lo revisare de nuevo hoy 29 de abril de 2025 al regresar a mi hogar.

   Sinceramente,
   Carmen Quinones Lugo

   On Mon, Apr 28, 2025, 10:50 PM Zenaida Navarro-Hatch <amadiskamila@gmail.com> wrote:
      Estimada doña Carmen:

      Al día de hoy, 28 de abril de 2025, usted ha hecho caso omiso a lo dictado por el tribunal con relación al Caso HUL1212024-01986, donde se le pide corregir el tiro de la cámara que usted tiene en una palma. Aquí incluyo dos fotos que tomé para probar este hecho. Agradeceremos haga los ajustes necesarios lo antes posible, ya que estaremos pendiente se cumpla con este dictamen.

      Sinceramente,


      Pedro González
      Zenaida Navarro Hatch

      Anejo: Fotos cámara en palma

      On Tue, Apr 22, 2025 at 9:45 AM Sonia Del Valle Cruz <Sonia.DelValle@poderjudicial.pr> wrote:



      **NOTA:  Se enmienda la notificación a los efectos de corregir el correo electrónico de la peticionaria.**



      **From:** Sonia Del Valle Cruz
      **Sent:** viernes, 21 de marzo de 2025 9:35 a. m.
      **To:** cquinones1105@gmail.com; jaliceasanta@gmail.com; michael.casciano@upr.edu; amadiskamila@gmail.com
      **Subject:** NOTIFICACIÓN



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL GENERAL DE JUSTICIA**
**TRIBUNAL DE PRIMERA INTANCIA**
**SALA MUNICIPAL DE HUMACAO**

**CARMEN QUINONES LUGO**          **CASO NUM. HUL1212023-01759**
PETICIONARIA                                         HUL2842022-02036
V.                                                        Sala: SALA DE INVESTIGACIONES
~~PEDRO GONZLEZ~~ *Evelyn Fonseca Bres COL*
~~ZENAIDA NAVARRO HATCH~~                    **SOBRE:** LEY 121
PETICIONADOS

**MOCION RECONSIDERNADO LA SOLICITUD DE REGRABACION DE VISTA**
**FINAL LEY 121**

**AL HONORABLE TRIBUNAL:**

Comparece la parte Peticionaria ante este Honorable Tribunal muy
respetuosamente **EXPONE, ALEGA Y SOLICITA:**

**PRIMERO:** Que el Honorable Tribunal cito para el 14 de marzo de 2025, una vista
FINAL entre las partes, en los numero de **HUL1212023-01759 /** ~~HUL2022022-~~
**02036**, donde compareció la parte peticionaria. *HUL 234/2022 – CO.2*

**SEGUNDO:** A tales efectos, se solicita muy respetuosamente de este Honorable
Tribunal, la regrabación de la vista FINAL de Ley 21, *numero* de caso **HUL1212023-
01759 / HUL2842022-02036 para la fecha de 14 de marzo de 2025**, en la fecha
antes aludida. Para facilitar la economía procesal, se solicita que la regrabación sea
mediante entrega al correo electrónico de Carmen Quinones Lugo,
csrhomes1@gmail.com.

**TERCERO:** Al día de hoy, amerita la solicitud de una regrabación para tener en el
archivo, ya que habido errores administrativos en este caso y no se encuentra la
RESOLUCION en el archivo.

**EN MERITO DE TODO LO CUAL,** se solicita muy respetuosamente de ~~eta~~ *este CRL*.
Honorable Tribunal declare "Ha lugar" esta moción proveyendo de conformidad con
lo antes expresado.

**RESPETUOSAMENTE SOMETIDA.**

En Yabucoa, Puerto Rico 28 de mayo de 2025.

Carmen Quinones Lugo,
HC 02 Box 8184, Yabucoa, PR 00767
Tel. 787 449-5541
Csrhomes1@gmail.com

 Gmail

Carmen Quinones <csrhomes1@gmail.com>

---

## NOTIFICACIÓN
1 message

**Sonia Del Valle Cruz** <Sonia.DelValle@poderjudicial.pr>                    Mon, Jun 9, 2025 at 7:56 AM
To: "lic.pablolugo@pablolugolaw.com" <lic.pablolugo@pablolugolaw.com>, "csrhomes1@gmail.com"
<csrhomes1@gmail.com>



# Poder Judicial de Puerto Rico
## Región Judicial de Humacao

*Sonia M. del Valle Cruz*

*Tec. Sistema Oficina Conf.*

*Sala de Investigaciones*

*Sonia.Delvalle@poderjudicial.pr*

*TEL: (787) 656-0010 Ext. 2660*

Buenos días:

Remito la notificación enmendada (añadir nuevo correo electrónico) de una Orden emitida en el caso HUL2842022-02036, por el (la) Hon. Jailene González Echevarría.

Aviso de confidencialidad: Este correo electrónico y cualquier documento adjunto contiene información propietaria, confidencial o privilegiada que pertenece a la Rama Judicial. Se advierte que cualquier divulgación, distribución, copia o acción relacionada al contenido de esta comunicación, sin la autorización del remitente está totalmente prohibida. Si usted no es el destinatario, debe destruir este mensaje y notificar al remitente o a la Oficina de Seguridad de los Sistemas al (787) 641-6363, Ext. 2772. La Rama Judicial ha tomado las precauciones necesarias para asegurar el envío del correo electrónico, libre de virus o contenido malicioso. No obstante, no podemos asegurar que así sea, por lo cual no nos hacemos responsables de cualquier daño atribuible al caso. _____
_____ Confidentiality Note: This e-mail and any other document attached contain proprietary, confidential or privileged information that appertains to the Judicial Branch. You are to become aware that any dissemination or disclosure, distribution, copying or the taking of any action in reliance on the contents of this communication is strictly forbidden without the consent of the sender. If you are not the intended recipient, you should destroy this message and should notify the sender or the Systems Security Office at (787) 641-6363 Ext. 2772. The Judicial Branch has taken the necessary precautions to ensure the remittance of e-mail communications free of virus or any other malicious contents. However, we cannot assure that this could be the case, for which we disclaim any responsibility of any damage attributable thereto.

Estado Libre Asociado de Puerto Rico
TRIBUNAL GENERAL DE JUSTICIA
**Tribunal de Primera Instancia**
Sala ☐ Superior ☒ Municipal de ___HUMACAO___

| | |
|---|---|
| | Caso Núm.  HUL2842022-02036 |
| | Salón Núm. _____ |

EVELYN FONSECA BÁEZ
Parte Peticionaria
v.
CARMEN QUIÑONES LUGO
Parte Peticionada

Sobre:  LEY 284

**NOTIFICACIÓN**
**Enmendada**

A: -EVELYN FONSECA BÁEZ P/C LCDO. PABLO LUGO LEBRÓN -
lic.pablolugo@pablolugolaw.com

   -CARMEN QUIÑONES LUGO - csrhomes1@gmail.com

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al (a la):

☐ Moción de Enmiendas o Determinaciones Iniciales o Adicionales

☐ Moción de Reconsideración

☐ Moción de Nuevo Juicio

☐ Moción de Reconsideración y de Enmiendas o Determinaciones Iniciales o Adicionales

☐ Moción de Reconsideración y/o Enmiendas o Determinaciones Iniciales o Adicionales y Nuevo Juicio

☐ Moción: _____

☒ Caso de Epígrafe

este Tribunal emitió una _____Orden_____ el ___15___ de __abril__ de __2025_____ .

   ☒ Se aneja copia o incluye enlace:  ORDEN _____

   ☐ Se transcribe la determinación a continuación:

Case 3:25-cv-01359-PAD    Document 2-3    Filed 07/07/25    Page 85 of 100

Página 2 de 2

Caso Núm.  HUL2842022-02036

Salón Núm.  _____

hoy __9__ de _____junio_____ de ___2025___ , y que se envió copia de esta notificación a las personas antes indicadas, a sus direcciones registradas en el caso conforme a la normativa aplicable. En esta misma fecha fue archivada en autos copia de esta notificación.

Notas de la Secretaría:  Se enmienda a los fines de notificar a un nuevo correo electronico de la Sra. Carmen Quiñones Lugo.

En  __HUMACAO__ , Puerto Rico, el __9__ de _____junio_____ de __2025__ .

f/EVELYN FÉLIX VÁZQUEZ
☐ Nombre del (de la)
Secretario(a) Regional

f/SONIA M. DEL VALLE CRUZ
Nombre del (de la)
Secretario(a) Auxiliar del Tribunal

_____
Firma del (de la)
Secretario(a) Auxiliar del Tribunal

mociones de incumplimiento con posterioridad al 18 de diciembre ni antes del 20 de enero de 2025.

Como se le explicó posteriormente en Corte abierta a las partes, las alegaciones de incumplimiento y de nuevas situaciones entre las partes fueron atendidas en la vista del 18 de diciembre de 2023 en la cual se dictó el Estado Provisional con prohibiciones adicionales, pero con igual vigencia que el original. Asimismo, mediante orden del 10 de marzo de 2025, este Tribunal aclaró cuál caso estaba activo y cual archivado.

Llegado el 14 de marzo de 2025, compareció ante este Tribunal la Sra. Quiñones por derecho propio y la Sra. Fonseca representada por el Lcdo. Pablo Lugo. Celebrada la referida vista, y luego de que el Tribunal le explicara a las partes el tracto procesal tanto de los casos HUL1212023-01758/01759 como del HU2842022-02036, el Tribunal dispone:

1. **NADA QUE PROVEER** respecto al caso HUL1212023-1759 el cual está archivado e inactivo desde el 18 de diciembre de 2023.

2. Respecto al Estado Provisional en el caso HUL2842022-02036, su vigencia ya transcurrió el 20 de enero de 2025 por lo que se trata de un caso inactivo. Así que, cualquier nueva alegación de incumplimiento que se haya presentado con posterioridad al 20 de enero de 2025, es tardía.

3. No obstante, **se le orienta a la Sra. Quiñones que, de existir nuevos incidentes entre las partes, puede tramitarlo mediante una nueva querella o solicitud ante el Tribunal.**

**NOTIFÍQUESE**

En Humacao, Puerto Rico a 15 de abril de 2025.

Estado Libre Asociado de Puerto Rico
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
Sala Superior de Humacao

*Carmen Quiñones Lugo*
Peticionario

*Pedro Gonzalez*
Peticionado

Civil Núm: _HUL1212024-01976_

Sobre: _Ley 121_

## MOCIÓN CONSIGNANDO HONORARIOS Y MATERIALES

**AL HONORABLE TRIBUNAL:**

Comparece _Carmen Quiñones Lugo_

Quien expone y solicita que:

PRIMERO: Este Honorable Tribunal autorizó la regrabación de la vista celebrada el _26 - Febrero 2025_

SEGUNDO: Mediante Moción Informando Honorarios y Materiales se nos solicitó consignar $_12.00_ y ___ CD-R 80 MIN, 700MB.

TERCERO: A esos efectos, estamos consignando ante este Honorable Tribunal $_12.00_ y ____ CD-R 80 MIN, 700MB.

POR TODO LO CUAL, muy respetuosamente, se solicita de este Honorable Tribunal que tome conocimiento de lo antes expuesto.

En Humacao, Puerto Rico, a _5_ de _Junio_ de _2025_

_Carmen Quiñones Lugo_
(Nombre en letra de molde)

_(Firma)_

_HC 02 Box 8184_
_Yabucoa, PR 00767_
(Dirección Postal)

Formulario OAT 1812
Rev. Marzo 2025

Página 1 de 2

**Estado Libre Asociado de Puerto Rico**
**TRIBUNAL GENERAL DE JUSTICIA**
**Tribunal de Primera Instancia**
Sala ☐ Superior ☒ Municipal de ___Humacao___

| | |
|---|---|
| | Caso Núm.   HUL1212024-01986_____ |
| | Salón Núm. _____ |

___CARMEN QUIÑONES LUGO___

Sobre:   ___LEY 121___

PEDRO GONZALEZ
ZENAIDA NAVARRO HATCH
Imputado(a)

**NOTIFICACIÓN**

A: CARMEN QUIÑONES LUGO P/C LCDO. MICHAEL A. CASCIANO KOTICK -
michael.casciano@upr.edu

PEDRO GONZALEZ  & ZENAIDA NAVARRO HATCH- amadiskamila@gmail.com

LCDO. JOEL ALICEA SANTA -jaliceasanta@gmail.com

MARICELLYS DIAZ FIGUEROA- CORDINADORA FOR THE RECORD -
maricellys.diaz@poderjudicial.pr

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al (a la):

☐ Moción de Enmiendas o Determinaciones Iniciales o Adicionales

☐ Moción de Reconsideración

☐ Moción de Nuevo Juicio

☐ Moción de Reconsideración y de Enmiendas o Determinaciones Iniciales o Adicionales

☐ Moción de Reconsideración y/o Enmiendas o Determinaciones Iniciales o Adicionales y
Nuevo Juicio

☒ Moción:   Moción reconsideración la solicitud de regrabación de vista Final Ley 121

☐ Caso de Epígrafe

este Tribunal emitió una _____Orden_____ el __2__ de
__junio__ de __2025__.

☒ Se aneja copia o incluye enlace:  Orden_____

☐ Se transcribe la determinación a continuación:
Ha lugar a solicitud de regrabación. Se refiere a Coordinador Sistema for the Record.
FDO. ENID CRISTINA RIVERA GARCIA /JUEZ MUNICIPAL

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a
esta ___Orden_____ usted puede presentar un recurso de
_apelación, revisión o certiorari_ , de conformidad con el procedimiento y en el término establecido
por ley, regla o reglamento aplicable.

☐ Lo aquí notificado es una enmienda _nunc pro tunc_, por lo que los términos para presentar
recursos de apelación, revisión o _certiorari_ no se verán afectados por esta notificación.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y archivada
hoy __3__ de ___junio___ de __2025__ , y que se envió copia de esta notificación
a las personas antes indicadas, a sus direcciones registradas en el caso conforme a la normativa
aplicable. En esta misma fecha fue archivada en autos copia de esta notificación.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE HUMACAO

| | |
|---|---|
| **ZENAIDA HATCH** <br> Demandante <br> v. <br> **CARMEN QUIÑONES LUGO Y OTROS** <br> Demandada | **CASO NÚM:** HU2023CV00172 <br><br> **SALA NUM.: 207** <br><br> **SOBRE:** DESLINDE COLINDANCIAS |

## MOCIÓN EN SOLICITUD DE TRASLADO

Comparece la parte demandada por conducto de su representación legal, ante este Honorable Tribunal muy respetuosamente **EXPONE, ALEGA Y SOLICITA:**

1. Que el Honorable Tribunal de Humacao ha ventilado varios casos de Doña Carmen Quinones.

2. Que ha la fecha de hoy, no se siente conforme con la justicia ventilado en el Tribunal Vease Juramento como Anejo I.

3. La Parte Demandada solicita el traslado del Tribunal de Humacao a Fajardo. Conforme a las Reglas de Procedimiento Civil de Puerto Rico.

    a. Cuando la conveniencia de las personas testigos o los fines de la justicia así lo requieran, el tribunal podrá ordenar el traslado de un pleito de la sala en que se está ventilando a otra sala.

POR TODO LO CUAL muy respetuosamente se solicita del Honorable Tribunal que traslade el caso al Tribunal de Fajardo.

**CERTIFICO** que en el día de hoy se ha radicado el presente escrito a través del Sistema Unificado de Manejo y Administración de Casos (SUMAC), el cual notificará copia fiel y exacta del mismo a las Partes en este caso según dispone la Sección IX de las Directrices Administrativas para la Presentación y Notificación Electrónica de Documentos Mediante el Sistema Unificado de Manejo y Administración de Caso.

**RESPETUOSAMENTE SOMETIDA.**

En Juncos, Puerto Rico a 27 de mayo de 2025.

f/LCDO. MICHAEL A. CASCIANO KOTICK
TSPR NÚM. 22083
PUNTA SANTIAGO VILLA PALMIRA
CALLE PRINCIPAL A-19
HUMACAO, PR 00791
TEL. (787)356-0349
MICHAEL.CASCIANO@UPR.EDU

1



ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE HUMACAO

ZENAIDA HATCH
Demandante

v.

CARMEN QUIÑONES LUGO Y OTROS
Demandada

CASO NÚM: HU2023CV00172

SALA NÚM.: 207

SOBRE: DESLINDE
COLINDANCIAS

JURAMENTO

YO, CARMEN QUIÑONES LUGO, mayor de edad, casada, empleada y vecina de Yabucoa, Puerto Rico, bajo el más solemne juramento DECLARO:

1. Que mi nombre y demás circunstancias personales son las arriba expresadas.
2. Que no me siento conforme al derecho en Tribunal de Humacao.
3. Siento que el derecho es totalmente parcializado a favor de la otra parte.
4. El Tribunal de Fajardo es para mi mejor conveniencia y de mis testigos. No existe impedimento para el traslado.
5. Que he leído la anterior moción en solicitud de de traslado y me consta de propio y personal conocimiento.
6. Que todo lo antes declarado es la verdad y nada más que la verdad.

En Humaca, Puerto Rico a 28 de mayo de 2025

CARMEN QUIÑONES LUGO

AFFIDAVIT NÚM: 28,619

Jurado y suscrito ante mi por CARMEN QUIÑONES LUGO de las circunstancias arriba expresadas y a quien identifico mediante la licencia de conducir _____ expedida por el Estado Libre Asociado de Puerto Rico, la cual _____.

En ___, Puerto Rico a 28 de mayo de 2025

NOTARIO PÚBLICO

2

Plano de Sitio

 Gmail

Carmen Quinones <csrhomes1@gmail.com>

## Photo from Carmen Quinones
1 message

**Carmen Quinones** <csrhomes1@gmail.com>
To: Carmen Quinones <csrhomes1@gmail.com>

Wed, Apr 2, 2025 at 1:18 PM

Just for your record
#1 Sept. 2023 pico
la berja, #2 Feb. 2024 tiro veneno al racimo de guineo y me lo seco (no se que mas pudo ver hecho en esa area)
#3 Junio 2024 Puso la tabla con clavos, me golpie
#4 Junio 2024 tiro un rasimo de guine encima de la berja.
#5 Julio 2024 izo varias sanja para desviar la agua a mi casa.
#6 Enero 6 me destroza la berja de nuevo y los perros se salieron a la calle.
Todo los ataques hecho al rededor de la berja.



**IMG-20250121-WA0000.jpg**
418K



Verja Cortada y Amarrada
por el Vesino pedro Gonzalez



# 3




# 3








# 4
Tiro palo
de Guineo
En mi Berja

12:42





\# 5

Desvio de
Agua A
mi CASA

#5



00:32 / 01:16



12:43

# 5



00:40 / 01:16



 

12:16

# 6
Destruso Berga
Los perros
Se /Alieron



